AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Troy Tillerson

V.

The MEGA Life and Health Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv985 - B

TO: (Name and address of Defendant)

The MEGA Life and Health Insurance Corporation
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher D. Glover, Hollis & Wright, 505 North 20th Street, Suite 1750, Birmingham, AL 35230 (205) 324-3600

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

DATE  10/24/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Troy Tillerson

V.

The MEGA Life and Health Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv985-B

TO: (Name and address of Defendant)

National Association for the Self Employed a/k/a NASE
c/o The Corporation Company
2000 Interstate Park Drive, Sutie 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher D. Glover, Hollis & Wright, 505 North 20th Street, Suite 1750, Birmingham, AL 35230 (205) 324-3600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      10/24/05
_____          _____
CLERK                                                            DATE
V. Austin
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Troy Tillerson

V.

The MEGA Life and Health Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv985-B

TO: (Name and address of Defendant)

Transamerica Life Insurance Company f/k/a PFL Life Insurance Company
c/o Craig D. Vernie
4333 Edgewood Road NE
Cedar Rapids, IA 52408

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher D. Glover, Hollis & Wright, 505 North 20th Street, Suite 1750, Birmingham, AL 35230 (205) 324-3600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

/s/ Austin
(By) DEPUTY CLERK

10/24/05
DATE