**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    TransAmerica Life Insurance
    Company f/k/a PFL Life
    Insurance Company
    4333 Edgewood Road NE
    Cedar Rapids, IA 52408

2. Arti...

PS Fo...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Michael E Trout*
   MICHAEL E. TROUT
   PER MAP SECURITY
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: OCT 31 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:05cv985-B
   Sum + Comp.

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

02595-02-M-1540