**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 29, 2005

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Troy E. Tillerson   vs.  The MEGA Life and Health, et al
Civil Action No.  3:05-cv-985 (B)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 3:05-cv-985 (F).  This new case number should be used on all future correspondence and pleadings in this action.