IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-985-F |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #5) filed on November 15, 2005, it is hereby ORDERED that:

1. The plaintiff file his response which shall include a brief and any evidentiary materials on or before December 14, 2005.

2. The defendant may file a reply brief on or before December 21, 2005.

DONE this 1st day of December, 2005.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE