IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-CV-00985-DRB |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Defendant, National Association for the Self-Employed, Inc. ("NASE") and notifies this Court and all counsel of record of a substitution of counsel for NASE as follows:

1. John N. Bolus, Esq. and the law firm of Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203, hereby withdraw as counsel for NASE.

2. James W. Lampkin II, Esq. and Pamela A. Moore, Esq. and the law firm of Alford, Clausen & McDonald, LLC, One St. Louis Centre, Suite 5000, Mobile, Alabama 36602, hereby appear as counsel for NASE.

3.  Undersigned counsel respectfully request that the Court update its records with this substitution of counsel.

                                                     Respectfully submitted,

                                                     */s/ John N. Bolus*_____
                                                     JOHN N. BOLUS (ASB-5753-U54J)

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 254-1025
(205) 254-1999 (fax)

                                                 */s/ Pamela A. Moore*_____
                                                  JAMES W. LAMPKIN II (ASB-7474-M71J)
                                                  PAMELA A. MOORE (ASB-5421-E43P)

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on December 7, 2005, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher D. Glover, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1750
    Birmingham, AL 35203

    Done this 7th day of December, 2005.

                                                   */s/ Pamela A. Moore*_____
                                                  Counsel