**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 15, 2005

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Troy E. Tillerson     vs.  The Mega Life and Health Ins Corp., et al**
**Case Number:3:05cv985-F**

**Referenced Docket Entry -    Response In Opp  - Doc. No. 10**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**