IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-985-F |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of National Association for the Self-Employed, Inc.'s Motion for Extension of Time to File Reply Brief (Doc. # 12) and the amendment thereto (Doc. # 13) filed on December 30, 2005, it is hereby ORDERED that the motion, as amended, is DENIED.

DONE this 3rd day of January, 2006.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE