IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-00985-MEF-DRB |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY

COME NOW defendants The MEGA Life and Health Insurance Company, Transamerica Life Insurance Company, and National Association for the Self-Employed, Inc. and give notice to this Honorable Court of service of the following discovery:

1. Defendants' First Set of Interrogatories and Request for Production to Plaintiff.

*/s/ Pamela A. Moore*_____
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendants
The MEGA Life and Health Insurance Company,
Transamerica Life Insurance Company, and
National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2006 the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

    Steve Couch, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1750
    Birmingham, AL  35203

                                                   */s/ Pamela A. Moore*_____
                                                   COUNSEL