IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:05CV985-B |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE CORPORATION, a corporation; ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY F/K/A PFL LIFE INSURANCE ) | |
| COMPANY, a corporation; NATIONAL ) | |
| ASSOCIATION FOR THE SELF EMPLOYED ) | |
| A/K/A NASE, a corporation; ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

COMES NOW Steve W. Couch in the above styled and numbered cause of action, hereby enters an appearance on behalf of the Plaintiff, Troy E. Tillerson. Mailings should be sent to Hollis & Wright, P.C., 505 North 20th Street, Suite 1750, Birmingham, Alabama 35203.

        s/Steve W. Couch
        SteveC@hollis-wright.com
        Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2006, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification to such filing to the following:

James W. Lampkin, II
Pamela A. Moore
Alford, Clausen & McDonald
One St. Louis Centre, Suite 5000
Mobile, AL 36602

                                              s/Steve W. Couch
                                              SteveC@hollis-wright.com
                                              Attorney for Plaintiff