IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-00985-MEF-DRB |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

**JOINT MOTION FOR PROTECTIVE ORDER**

COME NOW, the parties and respectfully present a proposed protective order, and as support for the Court's entry of same, say as follows:

"Protected health information" is relevant to the claims or defenses presented in this lawsuit. Thus, in accordance with the requirements of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. No. 104-191, 110 Stat. 1936 (1996), and regulations promulgated thereto, the parties respectfully present to the Court the attached proposed "Qualified HIPAA Protective Order," to be entered by stipulation of counsel for all parties.

WHEREFORE, premises considered, the parties jointly request that the Court enter the attached protective order with respect to HIPAA.

Date:  February 2, 2006.

This is e-signed by agreement of all parties.

*s/ Steven W. Couch*_____ _____
STEVEN W. COUCH
Attorney for Plaintiff

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, AL  35203
(205) 324-3600
(205) 324-3636 (fax)

*s/ Pamela A. Moore*_____ _____
JAMES W. LAMPKIN II
PAMELA A. MOORE
Attorneys for Defendants

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)