IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

**NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW, National Association for the Self-Employed, Inc., and pursuant to the Court's Corporate Disclosure Statement Order, hereby discloses that no parent company, subsidiary, or affiliate currently has issued shares to the public.

<u>/s Pamela A. Moore</u>
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendant
National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

  Steven W. Couch, Esq.
  Hollis & Wright, P.C.
  505 North 20th Street, Suite 1750
  Birmingham, Alabama   35203


                                              */s Pamela A. Moore*
                                              COUNSEL