IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

**TRANSAMERICA LIFE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Transamerica Life Insurance Company ("Transamerica Life"), and pursuant to the Court's Corporate Disclosure Statement Order, hereby discloses all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public:

Transamerica Life is an indirect-wholly owned subsidiary of AEGON N.V., a corporation that has issued shares to the public.

*/s Pamela A. Moore*
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendant
Transamerica Life Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

    Steven W. Couch, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1750
    Birmingham, Alabama  35203

                                              */s Pamela A. Moore*
                                              COUNSEL