IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.*, | ) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

This cause is before the court on the Defendant The National Association for the Self-Employed's Motion to Dismiss and Brief in Support (Doc. # 5). Also pending before the court is Plaintiff's Opposition to the National Association for the Self-Employed's Motion to Dismiss and Alternative Motion for Leave to Amend (Doc. # 10). The court has reviewed these submissions and the Complaint. Because the court agrees that the Complaint is in many ways deficient, the court is inclined to grant Plaintiff another opportunity to set forth his allegations. Accordingly, it is hereby ORDERED as follows:

    1. Plaintiff's Motion for Leave to Amend (Doc. # 10) is GRANTED.

    2. Plaintiff shall file an Amended Complaint by no later than May 12, 2006.

    3. Defendant The National Association for the Self-Employed's Motion to Dismiss and Brief in Support (Doc. # 5) is DENIED; however, the bases for the motion may be raised in future motions addressed to the Amended Complaint if they are applicable.

    DONE this the 9th day of May, 2006.

                                       /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE