# HOLLIS & WRIGHT, P.C.
ATTORNEYS AT LAW
FINANCIAL CENTER
505 NORTH 20TH STREET, SUITE 1750
BIRMINGHAM, ALABAMA 35203

L. ANDREW HOLLIS, JR.*
JOSHUA J. WRIGHT
PAUL C. GARRISON**
STEVEN W. COUCH***
CHRISTOPHER D. GLOVER****
KATHERINE A. ROGERS

*NATIONAL BOARD CERTIFIED TRIAL ADVOCATE
**ALSO MEMBER GEORGIA AND MISSISSIPPI BAR
***ALSO MEMBER MISSISSIPPI BAR
****ALSO MEMBER FLORIDA BAR

TELEPHONE (205) 324-3600
TOLL FREE (877) 324-3636
FACSIMILE (205) 324-3636
WWW.HOLLIS-WRIGHT.COM

May 19, 2006

Pamela A. Moore
Alford, Clausen & McDonald, LLC
One St. Louise Centre, Suite 5000
Mobile, Alabama 36602

Re:  *Troy E. Tillerson v The MEGA Life Insurance Company, et al.*
     Case No.: 3:05-cv-985-F

Dear Pam:

Please find enclosed notices of deposition for your client The MEGA Life Health Insurance Corporation. As you will see, I have left the date, time and location for this deposition to be determined between counsel. Please provide me with available dates, times and location for said deposition. Further, I understand that you would like to take the deposition of Sue Tinkey. Please be advised that I would like to take the depositions of all parties prior to taking the depositions of witnesses.

Should you have any questions or need to speak to me please do not hesitate to contact my office.

Yours truly,

HOLLIS & WRIGHT, P.C.

STEVEN WILLIAM COUCH

SWC/arb
Enclosure


PLAINTIFF'S EXHIBIT A