

**Start:** 459 Silver Hill Rd
Dadeville, AL 36853-4652, US

**End:** 505 20th St N
Birmingham, AL 35203-2605, US

**Notes:**



Escape Traffic.

Get a Pioneer navigation system.

DriveHappier.com | Pioneer
sound.vision.soul

**Directions** — **Distance**

**Total Est. Time:** 2 hours, 22 minutes    **Total Est. Distance:** 100.77 miles

| | | |
|---|---|---|
| START | **1:** Start out going NORTHEAST on SILVERHILL RD toward SUNSET DR. | 0.4 miles |
| → | **2:** Turn RIGHT onto CENTERPORT RD. | 2.4 miles |
| ← | **3:** Turn LEFT onto AL-50. | 3.2 miles |
| ← | **4:** Turn LEFT onto AL-49. | 9.2 miles |
| → | **5:** Turn RIGHT onto AL-49 / W COLUMBUS ST. | <0.1 miles |
| ← | **6:** Turn LEFT onto AL-49 / S BROADNAX ST. Continue to follow AL-49. | 1.6 miles |
| WEST 280 | **7:** AL-49 becomes US-280 W / AL-38 W. | 80.3 miles |
| WEST 280 | **8:** Merge onto US-280 W / US-31 N / ELTON B STEPHENS EXPY / AL-3 N toward BIRMINGHAM. | 2.3 miles |
| EXIT | **9:** Take the 1ST AVE N exit toward US-11 N. | 0.1 miles |
| RAMP | **10:** Take the ramp toward US-11 S. | <0.1 miles |
| ← | **11:** Turn LEFT onto US-11 / 1ST AVE N / AL-7 / VETERANS MEMORIAL PKWY. | 0.5 miles |
| → | **12:** Turn RIGHT onto 20TH ST N. | 0.2 miles |
| END | **13:** End at **505 20th St N** Birmingham, AL 35203-2605, US | |

**Total Est. Time:** 2 hours, 22 minutes    **Total Est. Distance:** 100.77 miles

PLAINTIFF'S EXHIBIT
D



**Start:**
**459 Silver Hill Rd**
Dadeville, AL 36853-4652, US

**End:**
**505 20th St N**
Birmingham, AL 35203-2605, US





All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.