IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:05-CV-0985-MEF |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE CORPORATION, a corporation; ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY F/K/A PFL LIFE INSURANCE ) | |
| COMPANY, a corporation; NATIONAL ) | |
| ASSOCIATION FOR THE SELF ) | |
| EMPLOYED A/K/A NASE, a corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

*Plaintiff's Objection and Motion to Quash Deposition Duces Tecum for Sue Tinkey* (Doc. 29, filed June 21, 2006), seeking to quash a deposition scheduled on this day, did not come to the attention of the undersigned until late this day. Accordingly, it is

**ORDERED** that Plaintiff provide telephone notice to this court's judicial assistant ;by noon on June 23, 2006, whether his objection has been resolved; if it remains pending, the court will promptly schedule a conference – by telephone or in person – with all interested parties to facilitate the receipt of any showing in opposition to the motion and otherwise to make an expeditious ruling.

DONE this 22nd day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE