IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:05-CV-0985-MEF |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE CORPORATION, a corporation; ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY F/K/A PFL LIFE INSURANCE ) | |
| COMPANY, a corporation; NATIONAL ) | |
| ASSOCIATION FOR THE SELF ) | |
| EMPLOYED A/K/A NASE, a corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Pursuant to the representation made on yesterday to the Court's judicial assistant by Plaintiff's Counsel, Atty. Steve Couch, it is

**ORDERED** that *Plaintiff's Objection and Motion to Quash Deposition Duces Tecum for Sue Tinkey*, filed with *Exhibits* (Doc. 29, June 21, 2006), is DENIED as moot.

DONE this 23rd day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE