IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for March 12, 2007 is continued to the civil trial term commencing on **April 2, 2007** in Opelika, Alabama.

All other deadlines set out in the Uniform Scheduling Order entered by the court on May 23, 2006 remain in full force and effect.

DONE this 25th day of July, 2006.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE