IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

## **ORDER**

Upon review and consideration of the parties' Joint Motion for Extension of Certain Deadlines in the Scheduling Order as entered on May 23, 2006 (the "Order"), IT IS HEREBY ORDERED that the following deadlines shall be extended as reflected herein.

The deadline for the filing of any dispositive motions (as discussed in Section 2 of the Order) is March 19, 2007.

The deadline for the exchange of names, addresses and telephone numbers of all witnesses, except witnesses solely for impeachment purposes; for the identification of any part of a deposition or other document for use at trial; and to furnish opposing counsel all exhibits or tangible evidence for use at trial (as discussed in Sections 10, 11 and 12, respectively, of the Order) is April 24, 2007.

A pretrial conference is now set in this matter for May 17, 2007, in the Chambers of United States District Judge Mark E. Fuller, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

The deadline for voir dire questions; motions in limine fully briefed; and proposed jury instructions, with citations of law (as discussed in Section 14 of the Order) is June 8, 2007.

The trial is now set for the civil trial term commencing on June 25, 2007, in Opelika, Alabama.

All other deadlines set out in the Uniform Scheduling Order entered by the Court on May 23, 2006, remain in full force and effect.

SO ORDERED AND ADJUDGED, this ___ day of _____, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE