IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Deadline (Doc. #33) filed on October 12, 2006, it is hereby

ORDERED that the GRANTED in part and DENIED in part. A new scheduling order will be entered by the court.

DONE this the 16th day of October, 2006.

                                                  /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE