IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIMS, CLAIMS FOR PUNITIVE OR EXTRACONTRACTUAL DAMAGES, AND JURY DEMAND

COME NOW, Defendants in the above-styled action, and respectfully move that the Court strike Plaintiff's state law claims, claims for punitive or extracontractual damages, and jury demand, because the Plaintiff's allegations focus on his Certificate of Insurance, which is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.* as an employee welfare benefit plan, and ERISA preempts state causes of action. A memorandum of law filed by Defendants contemporaneously herewith supports this motion.

*s/Pamela A. Moore*_____
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendants

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

    Steven W. Couch, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1500
    Birmingham, Alabama  35203

                                      *s/Pamela A. Moore*_____
                                      COUNSEL