TI000392

**Exhibit C**

```
TROY M. TILLERSON OR  01/94-387                    1405
SUE TINKEY
            334-825-7317
DADEVILLE, AL 36853                    7/9   19 96

Pay to the
order of    NASE
                                            $ 254.00
Two hundred fifty four                       Dollars

SouthTrust
Bank
Prattville, AL

For  GENE. INS.              Sue Tinkey

⑈062000080⑈    3 848⑈ 1405
```