


**Exhibit D**



## INSTRUCTIONS FOR USAGE AND AUTHORIZATION

To the bank named on the reverse side:

So that you may comply with your depositor's request the Company agrees:

1. To indemnify you and hold you harmless from any loss you may suffer as a consequence of your actions resulting from or in connection with the execution and issuance of any check, draft or order, whether or not properly purporting to be executed by this company and received by you in the regular course of business for the purpose of payment under this plan, including any costs or expenses reasonably incurred in connection therewith.
2. In the event that any such check, draft or order shall be dishonored whether with or without cause, and whether intentionally or inadvertently to indemnify you for any loss even though dishonor results in a forfeiture of insurance or other right.
3. To defend at our own cost and expense any action which might be brought by any depositor or any other persons because of your actions taken pursuant to the foregoing request, or in any manner arising by reason of your participation in the foregoing plan of payment collection.

Authorized by a resolution adopted by the Board of Directors on

NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED

*Bennie L. Thayer* (signature)
Bennie L. Thayer, President & Chief Executive Officer

PFL LIFE INSURANCE COMPANY

*William L. Busler* (signature)
William L. Busler, President

TI000036

T1000037

DEPOSIT TICKET  01/94-387
TROY M. TILLERSON OR
SUE TINKEY
334-825-7317
LAFAYETTE AL 36853

SouthTrust Bank

⑈06 2000080⑈  3 848⑈