IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TROY E. TILLERSON,                    )
                                      )
        Plaintiff,                    )
v.                                    )    CASE NO. 3:05-cv-985-MEF
                                      )
THE MEGA LIFE AND HEALTH              )
INSURANCE CORPORATION, *et al.,*      )
                                      )
        Defendants.                   )

# **O R D E R**

Upon consideration of the defendants' Motion to Strike (Doc. #40) filed on

November 21, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before December 8, 2006

as to why the motion should not be granted.

DONE this the 29th day of November, 2006.


_____
            /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE