SUE ANN TINKEY

```
                IN THE UNITED STATES DISTRICT COURT

                 FOR THE MIDDLE DISTRICT OF ALABAMA

                          EASTERN DIVISION

      CASE NO.:  3:05-cv-985-MEF                        COPY


      TROY E. TILLERSON,

            Plaintiff,

                  V.

      THE MEGA LIFE AND HEALTH INSURANCE CORPORATION,

      a corporation; TRANSAMERICA LIFE INSURANCE

      COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a

      corporation; NATIONAL ASSOCIATION FOR THE SELF

      EMPLOYED A/K/A NASE, a corporation,

            Defendants.

                    S T I P U L A T I O N S

            IT IS STIPULATED AND AGREED by and

      between the parties, through their respective

      counsel, that the deposition of SUE ANN TINKEY

      may be taken before STACEY L. JOHNSON,

      Commissioner, at the Offices of Nix, Holtsford,

      Gilliland, Higgins & Hitson, P.C., 4001

      Carmichael Road, Suite 300, Montgomery, Alabama,

      on the 11th day of October, 2006.
```

1   IT IS FURTHER STIPULATED AND AGREED
2   that the signature to and the reading of the
3   deposition by the witness is hereby waived, the
4   deposition to have the same force and effect as
5   if full compliance had been had with all laws
6   and rules of Court relating to the taking of
7   depositions.
8   IT IS FURTHER STIPULATED AND AGREED
9   that it shall not be necessary for any
10  objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties may
13  make objections and assign grounds at the time
14  of trial, or at the time said deposition is
15  offered in evidence, or prior thereto.
16  IT IS FURTHER STIPULATED AND AGREED
17  that the notice of filing of the deposition by
18  the Commissioner is waived.

SUE ANN TINKEY

1  Q    So whenever the decision was made to
2  purchase health insurance, your husband and you
3  made a decision as the employer for Gene to give
4  him health insurance instead of a raise?
5  A    Correct.
6  Q    And since that time, the business has
7  paid the premiums for Gene?
8  A    Troy -- yes.  Troy M. has paid the
9  premiums.
10 Q    Okay.
11 A    Yes.  And he is the business.
12 Q    He's a sole proprietor?
13 A    Right.
14 Q    And Gene worked for him?
15 A    Right.
16 Q    Okay.
17 A    Basically.
18 Q    And that's been during the entire time
19 that Gene has had the MEGA policy T&T
20 Construction has paid the premiums?
21 A    Yes.
22 Q    Has T&T Construction taken a deduction
23 on its tax returns for those premiums?

1    A    No.

2    Q    Okay.  Do you have the tax returns for
3    T&T Construction?

4    A    No.

5    Q    Has T&T Construction filed tax returns?

6    A    Yes.

7    Q    Okay.  And there was no deduction for
8    the premiums for health insurance?

9    A    No.

10    Q    Okay.  So just make sure I understand
11    this.  Do you have accounting journals or books
12    that would show entries for the health insurance
13    premiums?

14    A    No.

15    Q    Okay.  You just maintained it through
16    your bank records?

17    A    Yes.

18    Q    And you've agreed to -- like I said, to
19    go back and look for previous years and provide
20    them to Mr. Couch?

21    A    Yes.

22    Q    Okay.

23         MR. COUCH:  Let me see these.

1   basically the one that set up --
2       A    Yes.
3       Q    -- getting him coverage?
4       A    Yes.
5       Q    Tell me how that -- tell me how this
6   came about, this decision to provide Gene with
7   coverage. Was there a discussion between you
8   and your husband, Troy?
9       A    Yes.
10      Q    Tell me what you recall about that
11  discussion.
12      A    Well, I -- I don't remember how I found
13  out about the NASE insurance. It was a magazine
14  article or TV or whatever. And I had signed up
15  for this insurance. And I was happy with it at
16  the time, and so I said to Troy, I said, you
17  know, what are we going to do about Gene and his
18  health insurance, he needs to have some health
19  insurance, he's getting older. So we decided we
20  would provide him with health insurance in lieu
21  of a raise. And I contacted the agent that had
22  sold me the insurance and set up a time for Gene
23  to come and meet with him, and we signed him up.

1   Q    Okay.  So after you and your husband,
2   Troy, talked about it and the decision was made
3   to provide Gene with insurance in lieu of the
4   raise, you contacted the agent you had dealt
5   with --
6   A    Uh-huh.
7   Q    -- and talked to Gene and set up a
8   meeting --
9   A    Right.
10  Q    -- so the agent could explain the
11  coverage to Gene?
12  A    Right.  Right.
13  Q    Where did that meeting occur?
14  A    At our home on Silver Hill Road.
15  Q    Who was the agent?
16  A    Dan Splawn.
17  Q    Who was present during the meeting
18  between Gene and Dan Splawn?
19  A    It was myself and Gene and Dan Splawn.
20  Q    Okay.  Was your husband in the meeting
21  at all?
22  A    No, he was not there.
23  Q    Do you recall what Dan said about the