IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Reply to Plaintiff's Response to Defendants' Motion to Strike State Law Claims, Claims for Punitive or Extracontractual Damages and Jury Demand (Doc. #44) filed on December 11, 2006, it is hereby

ORDERED that the motion is GRANTED to and including December 22, 2006.

DONE this the 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE