IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:05-CV-0985-MEF |
| | ) | |
| THE MEGA LIFE AND HEALTH | ) | |
| INSURANCE CORPORATION, a corporation; | ) | |
| TRANSAMERICA LIFE INSURANCE | ) | |
| COMPANY F/K/A PFL LIFE INSURANCE | ) | |
| COMPANY, a corporation; NATIONAL | ) | |
| ASSOCIATION FOR THE SELF | ) | |
| EMPLOYED A/K/A NASE, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon of review of the *Motion for Protective Order and Objections to Discovery*, filed by Defendant The MEGA Life and Health Insurance Company (Doc. 47, filed January 17, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **February 5, 2007**. The referenced deposition is stayed pending the Court's ruling.

DONE this 26th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE