IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:05-CV-0985-MEF |
| | ) | |
| THE MEGA LIFE AND HEALTH | ) | |
| INSURANCE CORPORATION, a corporation; | ) | |
| TRANSAMERICA LIFE INSURANCE | ) | |
| COMPANY F/K/A PFL LIFE INSURANCE | ) | |
| COMPANY, a corporation; NATIONAL | ) | |
| ASSOCIATION FOR THE SELF | ) | |
| EMPLOYED A/K/A NASE, a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon of review of the *Motion for Protective Order and Objections to Discovery*, filed by Defendant The MEGA Life and Health Insurance Company (Doc. 47, filed January 17, 2007), and Plaintiff's Response (Doc. 49, filed February 5, 2007) it is

**ORDERED** that Defendant's *Motion for Protective Order and Objections to Discovery* (Doc. 47) is **DENIED**.

Further, because the Court stayed the three referenced depositions and other referenced discovery pending resolution of this Motion and in recognition of the upcoming February 9, 2007 discovery deadline, it is hereby **ORDERED** that the parties have until **February 19, 2007** to complete the discovery referenced in Defendant's *Motion for Protective Order and Objections to Discovery* (Doc. 47) and Plaintiff's Response (Doc. 49).

All other deadlines shall remain in effect unless otherwise noted by the District Judge in this matter.

    DONE this 7th day of February, 2007.

                                      /s/Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE