IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the plaintiff's Motion for Enlargement of Discovery Deadlines (Doc. #50) filed on February 7, 2007, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 9th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE