IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH | * | |
| INSURANCE CORPORATION, a | * | |
| corporation; TRANSAMERICA LIFE | * | |
| INSURANCE COMPANY F/K/A PFL | * | |
| LIFE INSURANCE COMPANY, a | * | |
| corporation; NATIONAL ASSOCIATION | * | |
| FOR THE SELF EMPLOYED A/K/A | * | |
| NASE, a corporation, | * | |
| | * | |
| Defendants. | * | |

## **ORDER**

Upon review and consideration of the parties' Joint Motion for Extension of Remaining Deadlines in the Scheduling Order (the "Order"), and given that the Court has extended the discovery deadline through April 20, 2007, IT IS HEREBY ORDERED that the following deadlines shall be extended as reflected herein.

The plaintiff's deadline to identify experts (as discussed in Section 6 of the Order) is February 28, 2007.

The defendants' deadline to identify experts (as discussed in Section 6 of the Order) is March 28, 2007.

The parties' deadline to provide expert reports (as discussed in Section 6 of the Order) is April 6, 2007.

The deadline for the filing of any dispositive motions (as discussed in Section 2 of the Order) is May 25, 2007.

The deadline for the parties to conduct a face-to-face settlement conference (as discussed in Section 3 of the Order) is July 9, 2007.

The deadline for the exchange of names, addresses and telephone numbers of all witnesses, except witnesses solely for impeachment purposes; for the identification of any part of a deposition or other document for use at trial; and to furnish opposing counsel all exhibits or tangible evidence for use at trial (as discussed in Sections 8, 9 and 10, respectively, of the Order) is September 17, 2007.

A pretrial conference is now set in this matter for October 4, 2007, in the Chambers of United States District Judge Mark E. Fuller, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

The trial is now set for the civil trial term commencing on November 5, 2007, in Montgomery, Alabama.

SO ORDERED AND ADJUDGED, this ___ day of _____, 2007.

_____
CHIEF, UNITED STATES DISTRICT JUDGE