IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) |
| INSURANCE COMPANY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Remaining Deadlines in Scheduling Order (Doc. #55) filed on February 16, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The Amended Scheduling Order (Doc. #35) entered by the court on October 16, 2006 is VACATED.

DONE this the 21st day of February, 2007.

                                                                   /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE