IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH INSURANCE CORPORATION, a corporation; TRANSAMERICA LIFE INSURANCE COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a corporation; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED A/K/A NASE, a corporation, | * * * * * * * * | |
| Defendants. | * | |

**MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
REGARDING CONFIDENTIALITY**

COME NOW defendants, by and through their undersigned counsel, and move this Court to enter the attached Stipulated Protective Order Regarding Confidentiality, and in support hereof state as follows:

1. During the recent deposition of defendant, Transamerica Life Insurance Company, it was agreed that certain confidential documents would be produced within the context of a protective order.

2. Counsel for all parties have agreed to and executed a Stipulated Protective Order Regarding Confidentiality, the original of which is attached hereto.

3. The parties submit the attached Stipulated Protective Order for the Court's consideration.

WHEREFORE, premises considered, counsel request that the Court enter the attached Stipulated Protective Order Regarding Confidentiality.

_____
JAMES W. LAMPKIN II (LAMPJ7474)
PAMELA A. MOORE (MOORP5421)
Attorneys for Defendants
The MEGA Life and Health Insurance Company,
Transamerica Life Insurance Company, and
National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

Steven W. Couch, Esq.
Hollis & Wright, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203

Done this 24th day of July, 2007.

_____
COUNSEL

2