**SUE ANN TINKEY**

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE MIDDLE DISTRICT OF ALABAMA

3     EASTERN DIVISION

4     CASE NO.:  3:05-cv-985-MEF        ORIGINAL

5

6     TROY E. TILLERSON,

7              Plaintiff,

8              V.

9     THE MEGA LIFE AND HEALTH INSURANCE CORPORATION,

10    a corporation; TRANSAMERICA LIFE INSURANCE

11    COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a

12    corporation; NATIONAL ASSOCIATION FOR THE SELF

13    EMPLOYED A/K/A NASE, a corporation,

14             Defendants.

15         S T I P U L A T I O N S

16         IT IS STIPULATED AND AGREED by and

17    between the parties, through their respective

18    counsel, that the deposition of SUE ANN TINKEY

19    may be taken before STACEY L. JOHNSON,

20    Commissioner, at the Offices of Nix, Holtsford,

21    Gilliland, Higgins & Hitson, P.C., 4001

22    Carmichael Road, Suite 300, Montgomery, Alabama,

23    on the 11th day of October, 2006.

**SUE ANN TINKEY**

1      Q    How far did you go in school?

2      A    I graduated from high school and some

3    college.

4      Q    What?  General?

5      A    Real estate.

6      Q    Real estate courses?

7      A    Uh-huh.

8      Q    Where did you take the real estate

9    courses?

10     A    In San Diego.

11     Q    You can read and write?

12     A    Yes.

13     Q    I have to ask that question.

14     A    I know.  I know.  That's all right.

15     Q    Where are you currently employed?

16     A    I take care of Troy's paperwork for his

17   business, which is T&T Construction.  T&T

18   Construction.

19     Q    Who are the T and T in T&T?

20     A    Originally, it was Troy and his

21   brother, Floyd.

22     Q    Okay.

23     A    And then it became Troy and Gene, I

**SUE ANN TINKEY**

1    guess, since Gene worked with him.

2        Q    Now, Gene is Troy E. Tillerson?

3        A    Yes.

4        Q    The E for Eugene?

5        A    Yes.

6        Q    What type of construction business is

7    T&T involved in?

8        A    New homes, custom homes, and custom

9    remodels.

10       Q    And you maintain the paperwork for the

11   business?

12       A    Yes.

13       Q    I guess office manager --

14       A    Yes.

15       Q    -- would be the appropriate title?

16       A    That's good.

17       Q    How long have you maintained the

18   paperwork for T&T Construction?

19       A    Probably 12 and a half years.

20       Q    Do you handle managing the financial

21   aspects --

22       A    Yes.

23       Q    -- of the company?

**SUE ANN TINKEY**

1     A    Yes.

2     Q    How long has Gene worked for T&T

3  Construction?

4     A    He started working with Troy when he

5  graduated from high school.

6     Q    Okay.  How long has -- has he been one

7  of the Ts -- one of the principals of T&T

8  Construction?

9     A    I don't know.

10    Q    Would there be any sort of paperwork --

11    A    No, no.

12    Q    Okay.  That's one other ground rule I

13  didn't cover.  Let me finish my question --

14    A    I'm sorry.

15    Q    -- before you answer, and I'll try to

16  let you finish your answer before I ask the next

17  question.  That way, we've -- we've got a

18  complete question and answer.

19         My question -- and I know you've

20  already said no -- would there be any sort of

21  paperwork that would evidence when Troy became

22  one of the principals in T&T Construction?

23    A    No.

**SUE ANN TINKEY**

1  owner?

2      A      Right.

3      Q      Your son-in-law, Gene, who is Troy E.

4  Tillerson, the plaintiff in this case, works for

5  your husband?

6      A      Basically, yes.

7      Q      Okay.

8      A      That's -- they're both considered

9  independent contractors, you know.  I mean -- I

10  don't know.  It's hard -- I don't know how to

11  explain it other than the fact that they just

12  work side by side and they both have, you know,

13  specific things that they do, but there's no

14  formal partnership agreement.

15      Q      Okay.  How is Gene -- how does Gene get

16  paid?

17      A      How did he get paid when he was working

18  with Troy?

19      Q      Yes.

20      A      He was paid weekly.  And he also had

21  a -- he was in charge of the painting for the

22  jobs.  And when he was painting and not doing

23  carpentry work, he was paid through a draw for

**SUE ANN TINKEY**

1    the paint estimate for that job.

2        Q    Okay.  When you said he was paid

3    weekly, did he get a payroll check?

4        A    He received a check for -- we paid him

5    $600 per week.

6        Q    Okay.  Did you withhold --

7        A    We did not withhold.  He was

8    responsible for his own taxes.

9        Q    Okay.  Did you -- did T&T Construction

10   give him a 1099 at the end of the year?

11       A    No.

12       Q    And I understand -- I believe I recall

13   from Gene's deposition that he's no longer

14   working for your husband?

15       A    Correct.

16       Q    Okay.  When did he stop working for

17   your husband?

18       A    I believe he started with Ram Tool in

19   October of 2005.

20       Q    Why did he leave his employment at T&T

21   Construction?

22       A    Because of his health, he could no

23   longer do carpentry and painting work,

**SUE ANN TINKEY**

1      Q      Your husband and yourself?

2      A      Yes, yes.

3      Q      Okay.  Now, is that your personal

4    account, or is that a -- the account used for

5    the business?

6      A      Both.  It's combined.

7      Q      It's combined?

8      A      (Witness nods head.)

9      Q      And then we've got records from

10   SouthTrust for '03, '04, and '05?

11     A      Yes.

12     Q      Now, same thing.  Is -- I noticed on it

13   it's Troy M. Tillerson, Sue Tinkey, 459 Silver

14   Hill Road, Dadeville, Alabama?

15     A      Yes.

16     Q      Was this a joint account for you and

17   your husband?

18     A      Yes.

19     Q      Now, is this -- was this account also

20   used for the business?

21     A      Yes.

22     Q      Okay.  And I understand before your

23   deposition you told me that those records show

SUE ANN TINKEY

1    where premium payments and membership dues were

2    deducted from those -- those accounts?

3         A    Yes.

4         Q    And that would be for the policies of

5    insurance that we're here about that Gene

6    purchased back in the '90s?

7         A    Yes.

8         Q    Would you have other records -- bank

9    records that would go back beyond 2003 that

10   would show where there were deductions for

11   Gene's insurance from your husband's and your

12   account?

13        A    Yes.

14        Q    Okay.  And before the deposition, you

15   agreed to go back and look and provide Mr. Couch

16   with copies of those?

17        A    Yes.

18        Q    How would those membership -- or the

19   premiums -- how would they be reflected on one

20   of the statements?

21        A    As an automatic deduction.

22        Q    Does it indicate who the deductor was?

23        A    NASE.

**SUE ANN TINKEY**

1    Q    NASE.  So where -- when we look through

2    there and we see NASE, that would be where your

3    husband and your account was deducted for that

4    charge?

5    A    Yes.

6    Q    And this was to pay for Gene's

7    insurance coverage?

8    A    Yes, yes.

9    Q    Okay.  Were you and your husband

10   reimbursed for -- by Gene for the moneys that

11   were taken out of your account?

12   A    No.

13   Q    Okay.  You and your husband paid for

14   it?

15   A    It was -- in the -- initially in '96

16   when we got the insurance, we decided that we

17   would give him health insurance in lieu of an

18   increase in pay.

19   Q    Okay.

20   A    And we had the -- we paid the premiums

21   and had them deducted from our account so that

22   we would know they'd be paid and he was covered

23   for health insurance.

**SUE ANN TINKEY**

1    Q    So whenever the decision was made to
2   purchase health insurance, your husband and you
3   made a decision as the employer for Gene to give
4   him health insurance instead of a raise?
5    A    Correct.
6    Q    And since that time, the business has
7   paid the premiums for Gene?
8    A    Troy -- yes.  Troy M. has paid the
9   premiums.
10   Q    Okay.
11   A    Yes.  And he is the business.
12   Q    He's a sole proprietor?
13   A    Right.
14   Q    And Gene worked for him?
15   A    Right.
16   Q    Okay.
17   A    Basically.
18   Q    And that's been during the entire time
19   that Gene has had the MEGA policy T&T
20   Construction has paid the premiums?
21   A    Yes.
22   Q    Has T&T Construction taken a deduction
23   on its tax returns for those premiums?

**SUE ANN TINKEY**

1           THE WITNESS:  Uh-huh.

2      Q    Is there any sort of written memo or

3  note or anything that would reflect the decision

4  by your husband as Gene's employer to provide

5  health insurance benefits to him?

6      A    No.

7      Q    You just made that decision and

8  instituted it?

9      A    Yes.

10     Q    And as the -- I guess as the office

11 manager, you were fully aware of that decision

12 and you took steps to implement it to provide

13 health insurance benefits for --

14     A    Yes.

15     Q    -- Gene as an employee?

16     A    Yes.

17     Q    Before the policy we're here about was

18 purchased, was there any insurance provided to

19 Gene through his employment with your husband?

20     A    No.

21     Q    Has your husband through the -- through

22 the operation of his business bought health

23 insurance on himself?

**SUE ANN TINKEY**

1    basically the one that set up --

2        A    Yes.

3        Q    -- getting him coverage?

4        A    Yes.

5        Q    Tell me how that -- tell me how this

6    came about, this decision to provide Gene with

7    coverage.  Was there a discussion between you

8    and your husband, Troy?

9        A    Yes.

10        Q    Tell me what you recall about that

11    discussion.

12        A    Well, I -- I don't remember how I found

13    out about the NASE insurance.  It was a magazine

14    article or TV or whatever.  And I had signed up

15    for this insurance.  And I was happy with it at

16    the time, and so I said to Troy, I said, you

17    know, what are we going to do about Gene and his

18    health insurance, he needs to have some health

19    insurance, he's getting older.  So we decided we

20    would provide him with health insurance in lieu

21    of a raise.  And I contacted the agent that had

22    sold me the insurance and set up a time for Gene

23    to come and meet with him, and we signed him up.

SUE ANN TINKEY

1      Q     Okay.  So after you and your husband,

2  Troy, talked about it and the decision was made

3  to provide Gene with insurance in lieu of the

4  raise, you contacted the agent you had dealt

5  with --

6      A     Uh-huh.

7      Q     -- and talked to Gene and set up a

8  meeting --

9      A     Right.

10     Q     -- so the agent could explain the

11  coverage to Gene?

12     A     Right.  Right.

13     Q     Where did that meeting occur?

14     A     At our home on Silver Hill Road.

15     Q     Who was the agent?

16     A     Dan Splawn.

17     Q     Who was present during the meeting

18  between Gene and Dan Splawn?

19     A     It was myself and Gene and Dan Splawn.

20     Q     Okay.  Was your husband in the meeting

21  at all?

22     A     No, he was not there.

23     Q     Do you recall what Dan said about the

**SUE ANN TINKEY**

1  coverage that he was selling to Gene -- or

2  selling for Gene?

3       A    Yes.

4       Q    What did he tell you?

5       A    We went over, you know, the benefits of

6  what -- of what was going to be provided, and

7  because this was a group policy, then we would

8  have much better rates.  And it would just be

9  a -- you know, like your standard group policy

10 as if you were working for a large company.

11      Q    Okay.  Anything else you can remember?

12      A    No.

13      Q    And at some point, the application was

14 completed; correct?

15      A    Yes.

16      Q    At that time, was it set up to where

17 the money would come out of T&T's bank account?

18      A    Yes.  Troy's, yes.

19      Q    Okay.  I'll show you what I'm going to

20 mark as Exhibit 2 to your deposition.

21

22      (Whereupon, Defendants' Exhibit

23 Number 2 was marked for identification

**SUE ANN TINKEY**

1  lower premium but a higher deductible; correct?

2     A    Correct.

3     Q    Okay.  I'm going to show you what was

4  Exhibit 6 to Gene's deposition.

5     A    (Witness reviews document.)

6     Q    Do you recognize that document?

7     A    Yes.

8     Q    This is a letter dated December 20,

9  1999, and it reflects that the premium is going

10  to increase to 331; correct?

11     A    Yes.

12     Q    Let me ask you this.  After this

13  increase, did you have any conversations with

14  anybody at PFL or MEGA or NASE or any other of

15  the defendants regarding this increase?

16     A    No.

17     Q    Did your husband -- you and your

18  husband continue to pay the premiums?

19     A    Yes.

20     Q    Let me show you what was Exhibit 7 to

21  Troy's -- or to Gene's deposition.  And this is

22  a letter dated June 19, 2000, and it reflects

23  that the premium is going to increase to $353;

**SUE ANN TINKEY**

1    correct?

2        A    Yes.

3        Q    Do you recall receiving that letter?

4        A    Yes.

5        Q    Okay.  Did you and your husband

6    continue to pay the premiums for Gene in lieu of

7    a raise?

8        A    Yes.

9        Q    Did you have any conversations with

10   anybody at PFL or MEGA or any of the defendants

11   concerning this increase?

12       A    No.

13       Q    If you look -- look on the back of that

14   one.

15       A    (Witness complied.)

16       Q    You see there's a place where it says

17   other options to lower your premium may be

18   available to you.  Our customer service

19   representatives will be happy to review all

20   available options with you at your convenience.

21   And then it's got a place to please change my

22   option to blank.  Was there any consideration to

23   changing the plan to lower the premiums that

SUE ANN TINKEY

1    him and stress him any further.

2        Q    Now, when these increases occurred, did

3    your husband, Troy, continue to pay the premiums

4    for Gene?

5        A    Yes.

6        Q    Okay.  So even the increases were not

7    passed on to Gene to pay?

8            MR. COUCH:  Object to the form.

9        Q    You -- you never got to a point where

10   Gene said -- where your husband said, okay,

11   Gene, I'm going to pay -- I'll go to five --

12   I'll go to 400 a month, but I'm not going above

13   400 a month; if it increases above 400, you're

14   going to have to pay the balance?

15       A    No.  Just Gene just never received any

16   increase in pay from -- over the 13 years, he

17   has increased his pay by a hundred and fifty

18   dollars a week, I think, but he never received

19   any further pay increases.

20       Q    So he was basically getting the -- the

21   premium increases in lieu of -- of a raise?

22       A    Correct.  Basically, yes.  We couldn't

23   really afford to increase it any more.