Application to:
## PFL LIFE INSURANCE COMPANY
BAPP

### Life Insurance

**FOR HOME OFFICE USE ONLY**
Number: _____
Special Request: _____

**PLAN OF INSURANCE:** _(illegible)_
**PREMIUM AMOUNT:** _____
**FACE AMT. / SPEC AMT.**
☒ Level 1   ☐ Level 2
**Soc. Security # (Applicant):** ____2367

**BENEFITS**
☐ ADD   ☐ ALB
☐ _____

**DIVIDEND OPTION**
☐ Accumulate at Interest (Automatic Option)
☐ Paid in Cash
☐ Paid up Additions

**OWNERSHIP (Life Insurance Only)**
(COMPLETE ONLY IF OTHER THAN PRIMARY APPLICANT)
A. OWNERS NAME _____
B. ADDRESS _____
C. CITY, STATE, ZIP _____
D. OWNER'S SOCIAL SECURITY NO. _____
E. OWNER'S DATE OF BIRTH MO____ DAY____ YR____
AUTOMATIC PREMIUM LOAN (if available) ☐ YES ☐ NO

### Health Insurance

**PMH Deductible**
☐ $250
☐ $500
☐ $750
☐ $1,000
☐ $1,250
☐ $1,500
☐ $1,750
☐ $2,000
☐ $2,500
☐ $5,000

**Health Insurance Applied For:**
GHP6 MAX BENEFIT
☐ $500,000
Ded. $ _____

**DAILY BENEFIT**
☐ $150   ☐ $200
☐ $250   ☐ $300
☐ $350   ☐ $400
Ded. $ _____
☐ GHP7   ☐ GHP5

**GHP8**
☐ 100%
☐ 80/20
☐ 50/50
Ded. ☐ $600
☐ $1,200
☐ $2,400
☐ $ _____

☒ PPO   ☐ EPO
**PPO Copay Options**
☒ 10   ☒ A
☐ 15   ☐ B
☐ 20   ☐ C
☐ 25   ☐ D
☒ Rx
☐ Vision
☐ Other _Dental_

**OTHER COVERAGE (if any)** — Amount / Add'l Premium
☒ Accident Benefit $_____ / $_____
☐ Childbirth Benefit $_____ / $_____
☒ OP Chemo. Benefit $_____ / $_____
☐ Ret. of Prem. Ben. $_____ / $_____
☒ Test./Therapy Ben. 10/copays $_____ / $_____
☐ Outpatient Care Opt.(Ded) $_____ / $_____
☐ Cat. Expense Ben. (Ded.) $_____ / $_____
☐ Accident Waiver Ben. $_____ / $_____
☐ Double Misc. Ben. $_____ / $_____
☐ Triple Misc. Ben. $_____ / $_____
☐ Double Surg. Ben. $_____ / $_____
☐ Triple Surg. Ben. $_____ / $_____
☐ Life Ins. Benefit Rider $_____ / $_____
☐ Prescription Drug Rider $_____ / $_____
☐ Other $_____ / $_____
Total Additional Premium $_____

Social Security # (Applicant): ____2367

### Dental Insurance

☒ YES   ☐ NO
If applying for Dental Insurance, is any Proposed Insured person in the full-time service in the armed forces (other than for training for a period not to exceed 60 days)?
☐ YES   ☐ NO
If yes, list name(s): _____
Soc. Security # (Applicant): ____2367

### Disability Income Insurance

☐ Disability Income
Amount $ _____
Elimination Period _____
Benefit Period _____
Occ. Class _____
Soc. Security # (Applicant): _____

**Other Coverage (if any)** — Add'l. Prem.
☐ AD & D $_____
☐ Return of Premium $_____
☐ Hospital Conf. $_____
☐ Business Overhead $_____
Mo. Max. $_____
Elim. Prd. $_____
☐ Other $_____
Total Addt'l. Premium $_____

### Accident Insurance

**DAILY BENEFIT-GACC7**
☐ $150   ☐ $200
☐ $250   ☐ $300
☐ $350   ☐ $400
☐ $ _____
Ded. $ _____

**GACC8**
☐ 100%
☐ 80/20
☐ 50/50
Ded. ☐ $600
☐ $ _____
☐ $2,400
☐ $ _____

**OTHER COVERAGE (if any)** — Amount / Add'l Premium
☐ Accident Benefit $_____ / $_____
☐ Double Misc. Ben. $_____ / $_____
☐ Triple Misc. Ben. $_____ / $_____
☐ Double Surg. Ben. $_____ / $_____
☐ Triple Surg. Ben. $_____ / $_____
☐ Spc. Dis. & Emerg. Med. Care Benefit $_____ / $_____
☐ Acc. & Spc. Dis. OP Therapy Benefit $_____ / $_____
☐ Other $_____ / $_____
Total Additional Premium $_____

Social Security # (Applicant): _____

**BENEFICIARY**
PRIMARY: _Troy M. Tillerson_     CONTINGENT: _Carol J. Owens_
RELATIONSHIP: _Father_            RELATIONSHIP: _Mother_
SOCIAL SECURITY #: ____8965       SOCIAL SECURITY #: _____

6900-AG (7/94)

Exhibit B

T1000059

| SECTION A | COMPLETE THIS SECTION FOR ALL APPLICATIONS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. PRINT name of applicant and each member of the family (including wife's maiden name) | Relationship | State of Birth | Sex | Date of Birth Mo. / Day / Yr. | Present Age | Height | Weight Now | Weight 1 Yr. A. | Premium |
| (1) Troy E Tillarson | Applicant | AL | M | / / 64 | 32 | 6' | 235 | 235 | |
| (2) | Spouse | | | | | | | | |
| (3) | | | | | | | | | |
| (4) | | | | | | | | | |
| (5) | | | | | | | | | |
| (6) | | | | | | | | | |

Pay mode: Monthly ☐  Quarterly ☒  Semi-Annually ☐  Annual ☐  Total Premium _____

Insurance applied for: Life = L  Health = H  Dental = Den  Disability Income = Dis  Accident = A  Rx Drug = Rx  Vision = V
Member # (1) Applicant  H, A, RxD   (2) Spouse _____ (3) _____ (4) _____ (5) _____ (6) _____

2. Addresses:  Number and Street or R.F.D.   City   State   Zip   Telephone
   ☐ a. Permanent U.S. Residence   [redacted]   Dadeville  AL  36853  (___) ___-____
   ☐ b. Business Name  Alabama Home Inspection
   ☐ c. Business Address   Same

3. a. Primary Occupation: (Member 01)  Home Inspector
   b. Duties (describe in detail):  Inspects Homes
   c. List any other occupations, second jobs or part-time jobs and your duties:

| SECTION B | COMPLETE THIS SECTION FOR HEALTH, LIFE, DISABILITY INCOME AND ACCIDENT |
|---|---|

Yes / No

4. I am a member of the National Association for the Self Employed ..................................... ☒ ☐
5. Are any family members covered under Medicaid or Medicare? ....................................... ☐ ☒
   Name(s) _____
6. Has any person proposed for insurance:
   a. Ever had an application or reinstatement for life, disability income or accident and sickness insurance declined, postponed, rated up, modified, or terminated? .................................................. ☐ ☒
   b. Had a drivers license suspended or revoked in the last two years? ................................ ☐ ☒
   Give details if any question is answered "Yes": _____

7. Are all children or stepchildren of the Applicant proposed for insurance by this Application, currently unmarried and under the age of nineteen (19) years and residing at the Applicant's principal place of residence; or under the age of twenty-four (24) years and enrolled as a full-time student at an accredited college or university? .................................................. ☐ ☒
   If answer is "No," give name(s) and reason: _____

8. During the past two years, has any person proposed for insurance: Flown in any aircraft other than as a passenger, engaged in any racing, parachuting, scuba diving activities, or other hazardous avocations or does he/she intend to do so in the next 12 months? ........................................ ☒ ☐
   If "Yes," give details:  Scuba Diving - for fun stays above 1 Atmosphere

| SECTION C | COMPLETE THIS SECTION FOR HEALTH, LIFE AND DISABILITY INCOME |
|---|---|

9. Family Physician/Physician who would have medical records:
   a. For Applicant: Name  Dr Mark Hayden   Address  26297 Tallassee Hwy
   City  Wetumpka   State  AL   Zip  36092   Telephone No: (___) ___-____
   Date last seen  1996   Reason  Cold
   b. For Spouse: Name _____   Address _____
   City _____   State _____   Zip _____   Telephone No: (___) ___-____
   Date last seen _____   Reason _____
   c. For Children: Name _____   Address _____
   City _____   State _____   Zip _____   Telephone No: (___) ___-____
   Date last seen _____   Reason _____

6900-AG (7/94)

TI000060

## SECTION C CONT'D.   COMPLETE THIS SECTION FOR HEALTH, LIFE, AND DISABILITY INCOME

10. Within the past 5 YEARS has any person proposed for insurance:  **Yes  No**
    a. Had or been advised to have a surgical operation, electrocardiogram, x-ray or other diagnostic test? ☐ ☑
    b. Been in or advised to enter a hospital or other institution for consultation, examination or treatment? ☐ ☑
    c. Consulted or been examined by any physician or other practitioner? ☑ ☐
    d. Used sedatives, hallucinogenic or narcotic drugs other than those prescribed by a physician or received treatment for a drug habit? ☐ ☑
    e. Received treatment or advice for excessive use of alcohol? ☐ ☑
11. Is any family member now pregnant? ☐ ☑
12. Has any person proposed for insurance used any tobacco products within the past 12 months? ☑ ☐
13. Has any person proposed for insurance ever been rejected or deferred for military service? ☐ ☑
14. Is any proposed insured presently under observation or taking treatment? ☐ ☑
15. Has any person proposed for insurance EVER had any indication, diagnosis, or treatment of:
    a. The brain or nervous system, including but not limited to dizziness, fainting, migraines, convulsions, paralysis, stroke, mental or nervous disorder? ☐ ☑
    b. The respiratory system, including but not limited to shortness of breath, persistent hoarseness or cough, bronchitis, asthma, emphysema, tuberculosis, or chronic respiratory disorder? ☐ ☑
    c. The heart or blood vessels, including but not limited to chest pain, blood pressure, rheumatic fever, heart murmur, heart attack, varicose veins, or other disorder of the heart or blood vessels? ☐ ☑
    d. The gastro-intestinal tract, liver or pancreas, including but not limited to jaundice, intestinal bleeding, ulcer, recurrent indigestion, or other disorder of the stomach, intestines, liver or gallbladder? ☐ ☑
    e. The genito-urinary organs, including but not limited to albumin, blood or pus in urine, stone or other disorder of kidney, urinary bladder, or prostate? ☐ ☑
    f. The eyes, ears, nose or throat? ☐ ☑
    g. Diabetes or elevated blood sugar, thyroid or other glandular disorder, including but not limited to lymph glands? ☐ ☑
    h. Neuritis, arthritis, gout, disorder of the muscles or bones, including but not limited to spine, back, or joints? ☐ ☑
    i. Complications of pregnancy and/or cesarean section? ☐ ☑
    j. Deformity, lameness or amputation? ☐ ☑
    k. Cyst, tumor, cancer, or growth of any kind? ☐ ☑
    l. Allergies, anemia or other disorders of the blood? ☐ ☑
    m. Disease or disorder of the reproductive organs or breasts? ☐ ☑
16. Has any person proposed for insurance EVER been diagnosed or treated for any disorder or dysfunction of the blood system or immune system including but not limited to Acquired Immune Deficiency Syndrome (AIDS), or AIDS Related Complex (ARC), or Lymphadenopathy Syndrome? ☐ ☑

### COMPLETE THE FOLLOWING FOR ANY "YES" ANSWER TO QUESTIONS 10 THRU 16

| Ques. No. | Person No. | Nature of Injury, Sickness, Disease, Impairment or Physical Condition | Date | Hospitalization Required? Yes | No | Date | Surgery Performed? Yes | No | Date | Name and Address of Physician and Hospital |
|---|---|---|---|---|---|---|---|---|---|---|
| 10c | 1 | Last Complete Physical | 1996 | | ✓ | | | ✓ | | Dr. Hayden |

17a. List below all life, health and disability income insurance currently in force or that you have applied for in the last six months. If none, state none.

| # | COMPANY NAME | TYPE of COVERAGE | LIFE INS. AMOUNT | DISABILITY BENEFIT AMOUNT | BENEFIT PERIOD | ELIM. PERIOD | Status Applied for | In Force Standard | Substandard |
|---|---|---|---|---|---|---|---|---|---|
| 1 | None | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

b. Which of the above will be changed, terminated, not taken, or replaced by coverage(s) that you are applying for on this application.  ☐ If None, check here.

| FROM 17.a | DATE OF CHANGE OR TERMINATION | DETAILS-IF CHANGE |
|---|---|---|
| | | |
| | | |

6900-AG (794)

TI000061

| SECTION D | COMPLETE THIS SECTION FOR LIFE AND DISABILITY INCOME |
|---|---|

18. Annual earned income from personal services (after business expenses, if any) as you reported on your Federal Income Tax Return

                                                                                                          Last Year          Current Year (est.)

    Salary, Draw, Professional Fees                         $ _____      $ _____

    Other (describe): _____                             $ _____      $ _____

                                                  TOTAL                        $ _____      $ _____

19. List your unearned income from investments or other sources (e.g., dividends, interest, net rental income, pensions, alimony, etc.):

                                                                                                 Last Year          Current Year (est.)

                                                                                                  $ _____      $ _____

| SECTION E | COMPLETE THIS SECTION IF APPLYING FOR BUSINESS OVERHEAD EXPENSE RIDER |
|---|---|

20. a. What is the Applicant's share of the overhead expenses? _____ %

    b. List below the total monthly expenses of the business entity for which you are liable:

        Rent/Mortgage Payment   $ \_\_\_\_\_    Vehicle, Machinery,     $ \_\_\_\_\_    Interest on          $ \_\_\_\_\_
                                             Equipment Rental                  Business Loans

        Utilities (Electricity         $ \_\_\_\_\_    P & C Insurance        $ \_\_\_\_\_    Employees Salaries   $ \_\_\_\_\_
          Telephone, Heat)                                                                 (other than family)

        Ad Valorem Taxes on     $ \_\_\_\_\_
          Business Equipment Property

                                                                                                            TOTAL COVERED     $ \_\_\_\_\_
                                                                                                             Other Expenses       $ \_\_\_\_\_
                                                                                                             TOTAL EXPENSES     $ \_\_\_\_\_

21. a. How many people are employed by this company? (Include the Applicant in the total)

        Owners:       Full-time _____Part-time _____
        Employees:   Full-time _____Part-time _____

    b. Do any of the above include spouse, parent, son, daughter, brothers or sisters of you or your spouse? ......... ☐ Yes     ☐ No

    If yes, indicate number of Owners _____   Employees _____

22. The Applicant's company is a:    ☐ Sole Proprietor        ☐ Partnership          ☐ Corporation
                                            ☐ S Corporation-Date of Election \_\_\_ / \_\_\_ / \_\_\_   ☐ Other (Specify) _____
                                                                                               Mo.  Day  Yr.

| SECTION F | COMPLETE THESE TWO QUESTIONS IF CHILD LIFE INSURANCE IS APPLIED FOR |
|---|---|

1. If the Proposed Insured is under age 15, list age of brothers and     2. How much life insurance is carried by:
   sisters and amount of insurance on each of their lives:              (a) Father _____ (b) Mother _____
   (Attach additional page with information)                            (c) If this application is greater than (a) or (b) above:
                                                                                   (Attach additional page with explanation)

## TRUE AND COMPLETE

I understand each of the questions above and affirm that the recorded answers and statements are true and complete to the best of my knowledge and belief, and all information given to the agent has been recorded correctly and in its entirety.

_[signature]_

Signature of Applicant

## DECLARATION AND AGREEMENTS

I agree that: (a) this Application will form a part of the contract; (b) the agent does not have the authority on behalf of the Company to accept risks, or to make, alter or amend the coverage or to extend the time for making any payment due on such coverage; and (c) no insurance will take effect unless and until the Application is approved by the Company and the policy/certificate is delivered to the Applicant while the conditions affecting insurability are and have remained as described herein and the first premium has been paid in full. I understand any person who knowingly and with intent to injure, defraud or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information is subject to criminal and/or civil penalties. I hereby acknowledge receipt of a copy of the Fair Credit Reporting Act and Medical Information Bureau notices.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organization, institution or person, that has any record or knowledge of me or my family, to give PFL Life Insurance Company, or its reinsurers, any such information. PFL Life Insurance Company may also release information about me to its reinsurer. I authorize PFL Life Insurance Company to obtain an investigative consumer report on me. A photographic copy of this authorization shall be as valid as the original.

I have truly and accurately recorded the information as     I UNDERSTAND THAT COVERAGE IS NOT EFFECTIVE UNLESS AND UNTIL
supplied by Applicant and family members.                     APPROVED AND ISSUED BY THE COMPANY

_[signature]_                                            Dated at _Dothan, AC_    _1-9_     _19 96_

Signature of Licensed Agent                                     City       State    Month   Date    Year

_A285_                                                       Signed X _[signature]_                            _2362_
Agent's Number                                            Applicant (For and in behalf of above)          Social Security #

$ _254.00_                                           Signed X _____
Amount Collected By Agent                                  Spouse                                     Social Security #

L900-AG (794)                          **CHECK MUST ACCOMPANY APPLICATION**

T1000062