## PLEASE FAX COMPLETED FORM AND VOIDED CHECK TO:
## 1-800-343-3702

### AUTHORIZATION FOR DIRECT PAYMENT

For the purpose of honoring debits or credits for collection of dues initiated by
THE NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED (NASE – Group Master Policy Holder) or
AMERICANS FOR FINANCIAL SECURITY (AFS – Group Master Policy Holder) or .
COMMUNICATING FOR AGRICULTURE (CAI – Group Master Policy Holder) or
AMERICAN BUSINESS COALITION (ABC – Group Master Policy Holder) or
WOMEN'S INC. (WI – Group Master Policy Holder)

And collecting premiums for the following companies:
The MEGA Life & Health Ins. Co.* Transamerica Life Insurance Company
Company Address:
Insurance Center * P. O. Box 982010 * North Richland Hills, TX 76182-8010

I hereby authorize the above COMPANY to initiate debit entries to my DEPOSITORY financial institution named below and to debit the same to such account. I understand that I have the right to receive notice of each debit entry that varies in amount from the previous entry, but I elect to receive such notice only when such entry differs from the previous entry by more than $200.00. This Authorization will remain in effect until I notify the COMPANY in writing at the above address to terminate and the COMPANY has a reasonable time to act on the termination. After my DEPOSITORY has been charged, I understand I have the right to have the amount of an erroneous debit immediately credited to my account by my DEPOSITORY, provided I send written notice of such debit entry in error to my DEPOSITORY within 15 days following issuance of the account statement or 60 days after posting, whichever occurs first.

| Name of DEPOSITORY (Bank) where Debit is Authorized | City | State | Zip Code of Bank |
|---|---|---|---|
| COMALA CREDIT UNION | MONTGOMERY, AL | | 36104 |

| Transit/ABA Number | Checking ☑ | DEPOSITORY (Bank) Account Number | Payment Mode: ☑ Monthly  ☐ Quarterly |
|---|---|---|---|
| 262276452 | Savings ☐ | 0027 | ☐ Semi-Annual  ☐ Annual |

| Signature | Date Signed | Reference Number |
|---|---|---|
| | 4/12/05 | |

TROY M TILLERSON
SUE TINKEY          256-825-7317
DADEVILLE AL 36853

2542

DATE *VOID*
61-7645/2622

PAY TO THE
ORDER OF _____ *VOID* _____ | $ _____

_____ DOLLARS

Comala Credit Union
Montgomery, AL 36104
334-834-4494

*VOID*

MEMO  FOR MEGA LIFE

⑆262276452⑆  0027⑈ 2542

© LIBERTY ENTERPRISES, INC. 2002

T1000400

**Exhibit F**