IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | CASE NO. 3:05-cv-985-MEF |
| * | |
| THE MEGA LIFE AND HEALTH * | |
| INSURANCE CORPORATION, a * | |
| corporation; TRANSAMERICA LIFE * | |
| INSURANCE COMPANY F/K/A PFL * | |
| LIFE INSURANCE COMPANY, a * | |
| corporation; NATIONAL ASSOCIATION * | |
| FOR THE SELF EMPLOYED A/K/A * | |
| NASE, a corporation, * | |
| * | |
| Defendants. * | |

**JOINT STIPULATION FOR DISMISSAL**
**OF DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY**

COME NOW the parties, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), jointly move the court to dismiss any and all claims asserted against defendant Transamerica Life Insurance Company (formerly "PFL Life Insurance Company")("Transamerica") by the plaintiff.  This dismissal is to all claims against Transamerica and is with prejudice.  Each party is to bear his/its own costs.  This dismissal does not apply to the claims asserted by the plaintiff against the remaining defendants.

Done this 1st day of August, 2007.

*This stipulation has been e-filed with the
express permission of:*

                                  *s/Steven W. Couch*_____
                                  STEVEN W. COUCH (COU014)
                                  Attorney for Plaintiff

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 (fax)

                                  *s/Pamela A. Moore*_____
                                  JAMES W. LAMPKIN II (LAMPJ7474)
                                  PAMELA A. MOORE (MOORP5421)
                                  Attorneys for Defendants

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)