IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-985-MEF |
| ) | |
| THE NEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #65) filed on August 1, 2007, it is hereby

ORDERED that all claims against defendant Transamerica Life Insurance Company (formerly "PFL Life Insurance Company") are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiff's claims, as set forth in the complaint, remain against all other defendants, named or unnamed.

DONE this the 3rd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE