IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH INSURANCE CORPORATION, a corporation; TRANSAMERICA LIFE INSURANCE COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a corporation; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED A/K/A NASE, a corporation, | * * * * * * * * | |
| Defendants. | * | |

**THE MEGA LIFE AND HEALTH INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, defendant The MEGA Life and Health Insurance Company ("MEGA"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, moves the Court to enter a judgment as a matter of law in favor of MEGA. In support of this motion, MEGA says as follows:

1. There is no genuine issue as to any material fact; and

2. MEGA is entitled to a judgment in its favor as a matter of law.

MEGA has submitted a brief and documents attached thereto in support of this motion and expressly adopts and incorporates the facts, arguments and exhibits to the brief as if set forth fully herein.

WHEREFORE, premises considered, MEGA respectfully requests this Court enter an Order granting summary judgment in favor of MEGA on all of Plaintiff's claims. MEGA also requests such other and further relief to which it is justly entitled.

                                             *s/Pamela A. Moore*_____
                                             JAMES W. LAMPKIN II (LAMPJ7474)
                                             PAMELA A. MOORE (MOORP5421)
                                             Attorneys for Defendant
                                             The MEGA Life and Health Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

        I hereby certify that on August 3, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

     Steven W. Couch, Esq.
     Hollis & Wright, P.C.
     505 North 20th Street, Suite 1500
     Birmingham, Alabama 35203

                                             *s/Pamela A. Moore*_____
                                             COUNSEL