# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874   customerservice@pflinsurance.com

December 21, 1998                                          BCN: 7732246121

Troy E Tillerson
459 Silver Hill Rd
Dadeville  AL 36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 07-042246121 | Troy E Tillerson | 54.00 |
| 07-262246121 | Troy E Tillerson | 12.00 |
| 07-562246121 | Troy E Tillerson | 5.00 |
| 07-732246121 | Troy E Tillerson | 239.00 |
| | TOTAL | $310.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs. Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on. Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly. The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone. As you can see, the increases in medical care costs are the results of a combination of many different components, which are mentioned above.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase. Therefore, your premium will increase to $310.00 on January 26, 1999.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage. To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.

The following will illustrate what your premium would be at the option(s) noted:

| Benefit level: | Plan D | $229.00 | Total Billing Amount |
|---|---|---|---|
| Benefit level: | Plan F | $202.00 | Total Billing Amount |

(Continued)

**Exhibit D**



TI300038

Any of our Customer Service Representatives would be happy to discuss
these options with you at your convenience, or you may prefer to return this
letter with your request in the enclosed prepaid self-addressed envelope.
Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m.
and our toll-free number is 1-800-755-5874 or fax 1-800-754-8089.

Sincerely,

Jane B. Jericho
CUSTOMER SERVICE


Please change my option(s) to _____ Signed _____ Date _____
Reference # 07-732246121

# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010  800-755-5874  customerservice@pflinsurance.com

June 21, 1999

BCN:  7732246121

Troy E Tillerson
459 Silver Hill Rd
Dadeville AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 7042246121 | Troy E Tillerson | $59.00 |
| 7262246121 | Troy E Tillerson | $12.00 |
| 7562246121 | Troy E Tillerson | $5.00 |
| 7732246121 | Troy E Tillerson | $299.00 |
| | | TOTAL   $375.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care
costs.  Some of these rising costs can be seen in higher costs for
in-hospital stays, increases in fees for outpatient services, the
requirements for more testing and follow up doctors visits, higher costs for
prescription medications, and so on.  Even the cost of malpractice insurance
contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as
treatment for heart and liver transplants, are becoming more widely available
and those services are costly.  The cancer and AIDS treatments, research, and
experimental procedures lead to increases in total charges for everyone.  As
you can see, the increases in medical care costs are the results of a
combination of many different components.

Although no one likes rate increases, the insurance company must keep pace
with these rising costs to be able to pay future claims. Everyone with
coverage such as yours will experience an increase.  Therefore, your premium
will increase to $375.00 on July 26, 1999.

You undoubtedly want to keep your health insurance rates as affordable as
possible without sacrificing valuable coverage.  To limit the amount of the
increase or possibly even lower your premium amount, you may want to consider
changing your benefit level.

The following will illustrate what your premium would be at the options(s)
noted:

Benefit Level:     Plan D        $269.00 Total Amount
Benefit Level:     Plan F        $235.00 Total Amount

TI300041



Any of our Customer Service Representatives would be happy to discuss these options with you at your convenience, or you may prefer to return this letter with your request in the enclosed prepaid self-addressed envelope. Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll-free number is 1-800-755-5874 or fax 1-800-754-8089.

Sincerely,

Jane B. Jericho
Customer Service

Please change my option(s) to _____ Signed _____ Date _____
Reference # 7732246121

TI300042

# INSURANCE CENTER

**CUSTOMER SERVICE DEPARTMENT**
1-800-527-5504/Fax 1-800-728-8709
9151 Grapevine Highway
P.O. Box 982010
North Richland Hills. TX 76182-8010

**CLAIMS DEPARTMENT**
1-800-527-2845/Fax 1-817-255-8102
9151 Grapevine Highway
P.O. Box 982009
North Richland Hills, TX 76182-8009

June 28, 1999

Troy E Tillerson
459 Silver Hill Rd
Dadeville AL 36853

Re: Certificate No: 07 732246121 /04 /26 /56
    Insured Member: Troy E Tillerson

Dear Mr. Tillerson:

As requested, we have changed your Preferred Provider Organization Plan to Plan D effective July 26, 1999. The enclosed document(s) reflect the change. Please keep them with your Certificate for future reference.

Due to this change, your total monthly premium is now $269.00.

If we can be of further assistance, please do not hesitate to contact our Customer Service Department. Our toll free number is (800) 527-5504 Coverage Specialists are available to answer your questions from 8:00 A.M. to 5:00 P.M. in your time zone.

Sincerely,
PFL Life Insurance Company

*Kristie Mehaffey*

Kristie Mehaffe
Customer Service Department
J263

TI300044

● Bankers United Life Assurance Co.     ● PFL Life Ins. Co.     ● Monumental Life Ins. Co.     ● The MEGA Life & Health Ins. Co.

# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010  800-755-5874  customerservice@pflinsurance.com

December 20, 1999                                    BCN:  7732246121

Troy E Tillerson
459 Silver Hill Rd
Dadeville AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 7042246121 | Troy E Tillerson | $62.00 |
| 7262246121 | Troy E Tillerson | $12.00 |
| 7562246121 | Troy E Tillerson | $5.00 |
| 7732246121 | Troy E Tillerson | $252.00 |
| | TOTAL | $331.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your premium will increase to $331.00 on January 26, 2000.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.

The following will illustrate what your premium would be at the options(s) noted:

|  |  |  |
|---|---|---|
| Benefit Level: | Plan E | $311.00 Total Amount |
| Benefit Level: | Plan F | $292.00 Total Amount |

(Continued)

TI300051



Any of our Customer Service Representatives would be happy to discuss these
options with you at your convenience, or you may prefer to return this letter
with your request in the enclosed prepaid self-addressed envelope.  Our
service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our
toll-free number is 1-800-755-5874 or fax 1-800-754-8089.

Sincerely,

Jane B. Jericho
Customer Service


Please change my option(s) to _____ Signed _____ Date _____
Reference # 7732246121

TI300052

# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874   customerservice@pflinsurance.com

June 19, 2000                                      BCN:  7732246121

Troy E Tillerson
459 Silver Hill Rd
Dadeville AL  36853

| Reference # | Name | | New Monthly Billing Amount |
|---|---|---|---|
| 7042246121 | Troy E Tillerson | | $67.00 |
| 7262246121 | Troy E Tillerson | | $12.00 |
| 7562246121 | Troy E Tillerson | | $7.00 |
| 7732246121 | Troy E Tillerson | | $267.00 |
| | | TOTAL | $353.00 |

Dear Mr Tillerson,

We thank you for your continued patronage by allowing us to provide your
health care coverage.  While we can understand everyone's concern at the
rising cost of health care, please note that the premiums charged must be
sufficient to support claims and administrative expenses.

According to our current records, your coverage is as follows:

| PLAN TYPE: | CURRENT RATE | NEW RATE |
|---|---|---|
| Base Plan: | $131.00 | $143.00 |
| Life Rider: | $12.00 | $12.00 |
| RX Drug Benefit: | $5.00 | $7.00 |
| Dental Benefit: | $62.00 | $67.00 |
| Accident Rider: | $12.00 | $12.00 |
| Association Membership Dues: | $6.00 | $6.00 |
| Chemotherapy Benefit Rider: | $15.00 | $15.00 |
| Outpatient Testing Rider: | $88.00 | $91.00 |

Your New Billing Amount will be increasing to $353.00 on July 26, 2000.  This
amount includes the total for all certificates listed above and the
association dues.

We understand how important it is to keep insurance rates as affordable as
possible without sacrificing coverage.  If you are interested in limiting the
amount of the increase or possibly lowering your premium amount, you may want
to consider changing your benefit level.  Several of our riders also have
deductible options available which could lower your premium.  The following
is an example of what your premium would be at the benefit level listed:

| | | |
|---|---|---|
| Benefit Level: | Plan E | $332.00 Total Amount |
| Benefit Level: | Plan F | $310.00 Total Amount |

(Continued)

TI300056

Other options to lower your premium may be available to you. Our Customer
Service Representatives will be happy to review all available options with
you at your convenience, or you may prefer to return this letter with your
request in the enclosed pre-paid self-addressed envelope. Our Customer
Service Representatives are available Monday through Friday from 8:00am to
5:00 pm and our toll-free number is 1-800-527-5504. You may also reach us
via FAX: 1-800-343-3702 or e-mail.

Sincerely,

*Richard A. Villari*

Richard A. Villari
Customer Service


Please change my option(s) to _____
REFERENCE # 7732246121   NAME Troy E Tillerson


Signed_____Date_____

TI300057

# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874   customerservice@pflinsurance.com

December 26, 2000                          BCN:   7732246121

Troy E Tillerson
459 Silver Hill Rd
Dadeville AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 7042246121 | Troy E Tillerson | $72.00 |
| 7262246121 | Troy E Tillerson | $12.00 |
| 7562246121 | Troy E Tillerson | $7.00 |
| 7732246121 | Troy E Tillerson | $276.00 |
| | TOTAL | $367.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your premium will increase to $367.00 on January 26, 2001.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.

The following will illustrate what your premium would be at the options(s) noted:

                Benefit Level:     Plan E          $344.00 Total Amount
                Benefit Level:     Plan F          $321.00 Total Amount

(Continued)

T1300059



Any of our Customer Service Representatives would be happy to discuss these options with you at your convenience, or you may prefer to return this letter with your request in the enclosed prepaid self-addressed envelope. Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll-free number is 1-800-755-5874 or fax 1-800-754-8089.

Sincerely,

Jackie L. Brabham
Customer Service

Please change my option(s) to _____ Signed _____ Date _____
Reference # 7732246121

TI300060

# PFL Life Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874   customerservice@pflinsurance.com

June 25, 2001                                              BCN:   7732246121


Troy E Tillerson
459 Silver Hill Rd
Dadeville AL  36853

| Reference # | Name | | New Monthly Billing Amount |
|---|---|---|---|
| 7042246121 | Troy E Tillerson | | $72.00 |
| 7262246121 | Troy E Tillerson | | $12.00 |
| 7562246121 | Troy E Tillerson | | $7.00 |
| 7732246121 | Troy E Tillerson | | $287.00 |
| | | TOTAL | $378.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your premium will increase to $378.00 on July 26, 2001.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.

The following will illustrate what your premium would be at the options(s) noted:

|  | | |
|---|---|---|
| Benefit Level: | Plan E | $354.00 Total Amount |
| Benefit Level: | Plan F | $330.00 Total Amount |

(Continued)

TI300065



Any of our Customer Service Representatives would be happy to discuss these options with you at your convenience, or you may prefer to return this letter with your request in the enclosed prepaid self-addressed envelope. Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll-free number is 1-800-755-5874.

Sincerely,

Jackie L. Brabham, Vice President
Customer Care Service Center


Please change my option(s) to _____ Signed _____ Date _____
Reference # 7732246121

TI300066

# The MEGA Life and Health Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874   customerservice@megainsurance.com

December 24, 2001                                    BCN:  7732246121

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 9042246121 | TROY E TILLERSON | $72.00 |
| 9262246121 | TROY E TILLERSON | $12.00 |
| 9562246121 | TROY E TILLERSON | $8.00 |
| 9732246121 | TROY E TILLERSON | $317.00 |
| | TOTAL | $409.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your premium will increase to $409.00 on January 26, 2002.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.  Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your premium would be at the options(s) noted:

|  |  |  |
|---|---|---|
| Benefit Level: | Plan E | $380.00 Total Amount |
| Benefit Level: | Plan F | $352.00 Total Amount |

(Continued)

TI300069

Any of our Customer Care Representatives would be happy to discuss these
options with you at your convenience, or you may prefer to return this letter
with your request in the enclosed prepaid self-addressed envelope.  Our
service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our
toll-free number is 1-800-755-5874.

Sincerely,

Jackie L. Brabham, Vice President
Customer Care Service Center


Please change my option(s) to _____ Signed _____ Date _____
Reference # 9732246121

TI300070

# The MEGA Life and Health Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-755-5874    customerservice@megainsurance.com

June 24, 2002

BCN:  7732246121

*Fee Schedule*

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 9042246121 | TROY E TILLERSON | $72.00 |
| 9262246121 | TROY E TILLERSON | $12.00 |
| 9562246121 | TROY E TILLERSON | $12.00 |
| 9732246121 | TROY E TILLERSON | $362.00 |
| | TOTAL | $458.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs. Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on. Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly. The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone. As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase. Therefore, your premium will increase to $458.00 on July 26, 2002.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage. To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level. Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your premium would be at the options(s) noted:

| Benefit Level: | Plan E | $424.00 Total Amount |
|---|---|---|
| Benefit Level: | Plan F | $390.00 Total Amount |

(Continued)

TI300075



Any of our Customer Care Representatives would be happy to discuss these options with you at your convenience, or you may prefer to return this letter with your request in the enclosed prepaid self-addressed envelope.  Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll-free number is 1-800-755-5874.

Sincerely,

Jackie L. Brabham, Vice President
Customer Care Service Center


Please change my option(s) to _____ Signed _____ Date _____
Reference # 9732246121

TI300076

# The MEGA Life and Health Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-527-5504   customerservice@megainsurance.com

December 26, 2002                                    BCN:  7732246121


TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853


| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 09042246121 | TROY E TILLERSON | $72.00 |
| 09262246121 | TROY E TILLERSON | $12.00 |
| 09562246121 | TROY E TILLERSON | $13.00 |
| 09732246121 | TROY E TILLERSON | $383.00 |
| | TOTAL | $480.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your premium will increase to $480.00 on January 26, 2003.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your premium amount, you may want to consider changing your benefit level.  Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your premium would be at the options(s) noted:

|  |  |  |
|---|---|---|
| Benefit Level: | Plan E | $445.00 Total Amount |
| Benefit Level: | Plan F | $408.00 Total Amount |

(Continued)

TI300078



Any of our Customer Care Associates would be happy to discuss these options with you at your convenience.  Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll free number is 800-527-5504.

Sincerely,

Jackie L. Brabham, Vice President
Customer Care Service Center


Please change my option(s) to _____  Signed _____  Date _____
Reference # 09732246121

# The MEGA Life and Health Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-527-5504   customerservice@megainsurance.com

June 26, 2003

BCN:   7732246121

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 09732246121 | TROY E TILLERSON | $531.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctors visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

The technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  The cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the results of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your billing amount will increase to $531.00 on July 26, 2003.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your billing amount, you may want to consider changing your benefit level.  Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your billing would be at the options(s) noted:

|  |  |  |
|---|---|---|
| Benefit Level: | Plan E | $494.00 Total Amount |
| Benefit Level: | Plan F | $456.00 Total Amount |

(Continued)

Any of our Customer Care Associates would be happy to discuss these options with you at your convenience.  Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll free number is listed above.

Sincerely,

Jackie L. Brabham, Vice President
Customer Care Service Center


Please change my option(s) to _____ Signed _____ Date _____
Reference # 09732246121

TI300088

# The MEGA Life and Health Insurance Company

P.O. Box 982010, North Richland Hills, Texas 76182-8010  800-527-5504

December 26, 2003                                    BCN:  7732246121

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853

| Reference # | Name | New Monthly Billing Amount |
|---|---|---|
| 09732246121 | TROY E TILLERSON | *   $628.00 |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs.  Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctor visits, higher costs for prescription medications, and so on.  Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

Technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly.  Cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone.  As you can see, the increases in medical care costs are the result of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase.  Therefore, your billing amount will increase to $628.00 on January 26, 2004.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage.  To limit the amount of the increase or possibly even lower your billing amount, you may want to consider changing your benefit level.  Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your billing would be at the options(s) noted:

| Benefit Level: | Plan E | $579.00 Total Amount |
|---|---|---|
| Benefit Level: | Plan F | $529.00 Total Amount |

(Continued)

TI300094

Any of our Customer Care Associates would be happy to discuss these options with you at your convenience.  Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll free number is listed above.

Sincerely,

Customer Care Service Center

Please change my option(s) to _____ Signed _____ Date _____
Reference # 09732246121

* Please note that this billing amount may not include critical care and/or life insurance coverage in a family member's name.

# The MEGA Life and Health Insurance Company

**P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-527-5504**

June 26, 2004                                          BCN:   7732246121

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853

| Reference #     | Name            | New Monthly Billing Amount |
|-----------------|-----------------|---------------------------|
| 09732246121     | TROY E TILLERSON |        *    $753.00       |

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care
costs.  Some of these rising costs can be seen in higher costs for
in-hospital stays, increases in fees for outpatient services, the
requirements for more testing and follow up doctor visits, higher costs for
prescription medications, and so on.  Even the cost of malpractice insurance
contributes to the rising costs we all must pay for health care.

Technological advances made today by the medical industry, such as treatment
for heart and liver transplants, are becoming more widely available and those
services are costly.  Cancer and AIDS treatments, research, and experimental
procedures lead to increases in total charges for everyone.  As you can see,
the increases in medical care costs are the result of a combination of many
different components.

Although no one likes rate increases, the insurance company must keep pace
with these rising costs to be able to pay future claims. Everyone with
coverage such as yours will experience an increase.  Therefore, your billing
amount will increase to $753.00 on July 26, 2004.

You undoubtedly want to keep your health insurance rates as affordable as
possible without sacrificing valuable coverage.  To limit the amount of the
increase or possibly even lower your billing amount, you may want to consider
changing your benefit level.  Any change in your benefit level may effect
your out of pocket maximums.

The following will illustrate what your billing would be at the options(s)
noted:

|                  |         |                        |
|------------------|---------|------------------------|
| Benefit Level:   | Plan E  | $695.00 Total Amount   |
| Benefit Level:   | Plan F  | $636.00 Total Amount   |

(Continued)

T I 3 0 0 0 9 6

Any of our Customer Care Associates would be happy to discuss these options
with you at your convenience.  Our service hours are Monday through Friday
from 8:00 a.m. to 5:00 p.m. and our toll free number is listed above.


Sincerely,

Customer Care Service Center

Please change my option(s) to _____ Signed _____ Date _____
Reference # 09732246121



* Please note that this billing amount may not include critical care and/or
life insurance coverage in a family member's name.

# The MEGA Life and Health Insurance Company

**P.O. Box 982010, North Richland Hills, Texas 76182-8010   800-527-5504**

December 26, 2004                                    BCN:   7732246121

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853

| Reference #<br>09732246121 | Name<br>TROY E TILLERSON | New Monthly Billing Amount<br>*  $869.00 |
|---|---|---|

Dear Mr Tillerson,

Thank you for continuing to allow us to provide your health care coverage.

Without a doubt, all Americans have been affected by rising health care costs. Some of these rising costs can be seen in higher costs for in-hospital stays, increases in fees for outpatient services, the requirements for more testing and follow up doctor visits, higher costs for prescription medications, and so on. Even the cost of malpractice insurance contributes to the rising costs we all must pay for health care.

Technological advances made today by the medical industry, such as treatment for heart and liver transplants, are becoming more widely available and those services are costly. Cancer and AIDS treatments, research, and experimental procedures lead to increases in total charges for everyone. As you can see, the increases in medical care costs are the result of a combination of many different components.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase. Therefore, your billing amount will increase to $869.00 on January 26, 2005.

You undoubtedly want to keep your health insurance rates as affordable as possible without sacrificing valuable coverage. To limit the amount of the increase or possibly even lower your billing amount, you may want to consider changing your benefit level. Any change in your benefit level may effect your out of pocket maximums.

The following will illustrate what your billing would be at the options(s) noted:

|   |   |   |
|---|---|---|
| Benefit Level: | Plan E | $801.00 Total Amount |
| Benefit Level: | Plan F | $732.00 Total Amount |

(Continued)

TI300102

85

Any of our Customer Care Associates would be happy to discuss these options
with you at your convenience. Our service hours are Monday through Friday
from 8:00 a.m. to 5:00 p.m. and our toll free number is listed above.


Sincerely,

Customer Care Service Center


Please change my option(s) to _____ Signed _____ Date _____
Reference # 09732246121



* Please note that this billing amount may not include other coverages in a
family member's name.

TI300103

 

the **MEGA**
Life and Health Insurance Company

**UICI**
The Insurance Center

The Customer Care Center
9151 Grapevine Highway
P.O. Box 982010
North Richland Hills, TX 76182-8010

June 21, 2005

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE  AL  36853

Insured: Troy E Tillerson

Reference No: 09732246121
Effective Date: 07/26/2005
New Monthly Billing Amount: $999.00  *

BCN:  7732246121

Dear Mr. Tillerson:

Thank you for continuing to allow us to provide your health coverage.

Without a doubt, all Americans have been affected by rising health care costs. There are a number of reasons health care costs increase. Doctors are raising fees for outpatient services because patients tend to be highly reimbursed for them. The higher reimbursement was intended to encourage the use of outpatient services which are generally less expensive than hospital care. Expensive medical services such as heart and liver transplants are becoming more widely available. "Experimental procedures", although not covered by insurance, lead to increases in total charges for everyone. There are a number of states with mandated benefits that require insurers to either cover a specific disease, or make coverage available to people who otherwise would have difficulty finding protection. Progress in medicine generally enhances care and is of great value to the public, but tends to cost more.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase. Therefore, your billing amount will increase to $999.00 on 07/26/2005.

You undoubtedly want to keep your health plan rates as affordable as possible without sacrificing valuable coverage. To limit the amount of the increase or possibly even lower your billing amount, you may want to consider your out of pocket maximums.

The following will illustrate what your billing would be at the option(s) noted. If you would like to make a change, please check your option selection below, then sign, date and return a copy of this form to us. For your convenience you may fax this form to us at 1-800-343-3702.

| | | | |
|---|---|---|---|
| Benefit Level: Plan E | Total Amount: | $918.00 | ☐ |
| Benefit Level: Plan F | Total Amount: | $836.00 | ☐ |

Signed: _____    Date: _____



TI300111

Continued

 

the MEGA Life and Health Insurance Company | UICI The Insurance Center

If you would like to explore options which could lower your premium, please call one of our Customer Care Associates or visit our website at www.megainsurance.com. Our service hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. and our toll free number is 1-800-527-5504.

We appreciate the opportunity to serve you.

The Customer Care Center
RERATE

   * Please note that the billing amount may not include other coverage in a family member's name.

*Paid  $5,178 00 —*
*Claims  $1426.45 —*
*$498,44*

TI300112

# the MEGA | UICI

**Life and Health Insurance Company** | **The Insurance Center**

The Customer Care Center
9151 Grapevine Highway
P.O. Box 982010
North Richland Hills, TX 76182-8010

December 21, 2005

TROY E TILLERSON
459 SILVER HILL RD
DADEVILLE   AL   36853

Insured: Troy E Tillerson

Reference No: 09732246121                    BCN:  7732246121
Effective Date: 01/26/2006
New Monthly Billing Amount: $1,124.00  *

Dear Mr. Tillerson:

Thank you for continuing to allow us to provide your health coverage.

Without a doubt, all Americans have been affected by rising health care costs. There are a number of reasons health care costs increase. Doctors are raising fees for outpatient services because patients tend to be highly reimbursed for them. The higher reimbursement was intended to encourage the use of outpatient services which are generally less expensive than hospital care. Expensive medical services such as heart and liver transplants are becoming more widely available. "Experimental procedures", although not covered by insurance, lead to increases in total charges for everyone. There are a number of states with mandated benefits that require insurers to either cover a specific disease, or make coverage available to people who otherwise would have difficulty finding protection. Progress in medicine generally enhances care and is of great value to the public, but tends to cost more.

Although no one likes rate increases, the insurance company must keep pace with these rising costs to be able to pay future claims. Everyone with coverage such as yours will experience an increase. Therefore, your billing amount will increase to $1,124.00 on 01/26/2006.

You undoubtedly want to keep your health plan rates as affordable as possible without sacrificing valuable coverage. To limit the amount of the increase or possibly even lower your billing amount, you may want to consider your out of pocket maximums.

The following will illustrate what your billing would be at the option(s) noted. If you would like to make a change, please check your option selection below, then sign, date and return a copy of this form to us. For your convenience you may fax this form to us at 1-800-343-3702.

| Benefit Level: Plan E | Total Amount: | $1,033.00 | ☐ |
| Benefit Level: Plan F | Total Amount: | $942.00 | ☐ |

Signed: _____   Date: _____

**Continued**