SUE ANN TINKEY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CASE NO.: 3:05-cv-985-MEF

COPY

TROY E. TILLERSON,

    Plaintiff,

    V.

THE MEGA LIFE AND HEALTH INSURANCE CORPORATION, a corporation; TRANSAMERICA LIFE INSURANCE COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a corporation; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED A/K/A NASE, a corporation,

    Defendants.

S T I P U L A T I O N S

    IT IS STIPULATED AND AGREED by and between the parties, through their respective counsel, that the deposition of SUE ANN TINKEY may be taken before STACEY L. JOHNSON, Commissioner, at the Offices of Nix, Holtsford, Gilliland, Higgins & Hitson, P.C., 4001 Carmichael Road, Suite 300, Montgomery, Alabama, on the 11th day of October, 2006.

Exhibit E

HENDERSON & ASSOCIATES COURT REPORTERS, INC.
P. O. BOX 2263, MOBILE, AL 36652  (251)694-0950  (888)557-2969

SUE ANN TINKEY

1  Q   NASE. So where -- when we look through
2  there and we see NASE, that would be where your
3  husband and your account was deducted for that
4  charge?
5  A   Yes.
6  Q   And this was to pay for Gene's
7  insurance coverage?
8  A   Yes, yes.
9  Q   Okay. Were you and your husband
10 reimbursed for -- by Gene for the moneys that
11 were taken out of your account?
12 A   No.
13 Q   Okay. You and your husband paid for
14 it?
15 A   It was -- in the -- initially in '96
16 when we got the insurance, we decided that we
17 would give him health insurance in lieu of an
18 increase in pay.
19 Q   Okay.
20 A   And we had the -- we paid the premiums
21 and had them deducted from our account so that
22 we would know they'd be paid and he was covered
23 for health insurance.

25

SUE ANN TINKEY

1  Q  So whenever the decision was made to
2  purchase health insurance, your husband and you
3  made a decision as the employer for Gene to give
4  him health insurance instead of a raise?
5  A  Correct.
6  Q  And since that time, the business has
7  paid the premiums for Gene?
8  A  Troy -- yes.  Troy M. has paid the
9  premiums.
10 Q  Okay.
11 A  Yes.  And he is the business.
12 Q  He's a sole proprietor?
13 A  Right.
14 Q  And Gene worked for him?
15 A  Right.
16 Q  Okay.
17 A  Basically.
18 Q  And that's been during the entire time
19 that Gene has had the MEGA policy T&T
20 Construction has paid the premiums?
21 A  Yes.
22 Q  Has T&T Construction taken a deduction
23 on its tax returns for those premiums?

SUE ANN TINKEY

```
1    lower premium but a higher deductible; correct?
2         A    Correct.
3         Q    Okay.  I'm going to show you what was
4    Exhibit 6 to Gene's deposition.
5         A    (Witness reviews document.)
6         Q    Do you recognize that document?
7         A    Yes.
8         Q    This is a letter dated December 20,
9    1999, and it reflects that the premium is going
10   to increase to 331; correct?
11        A    Yes.
12        Q    Let me ask you this.  After this
13   increase, did you have any conversations with
14   anybody at PFL or MEGA or NASE or any other of
15   the defendants regarding this increase?
16        A    No.
17        Q    Did your husband -- you and your
18   husband continue to pay the premiums?
19        A    Yes.
20        Q    Let me show you what was Exhibit 7 to
21   Troy's -- or to Gene's deposition.  And this is
22   a letter dated June 19, 2000, and it reflects
23   that the premium is going to increase to $353;
```

1   correct?
2       A   Yes.
3       Q   Do you recall receiving that letter?
4       A   Yes.
5       Q   Okay.  Did you and your husband
6   continue to pay the premiums for Gene in lieu of
7   a raise?
8       A   Yes.
9       Q   Did you have any conversations with
10  anybody at PFL or MEGA or any of the defendants
11  concerning this increase?
12      A   No.
13      Q   If you look -- look on the back of that
14  one.
15      A   (Witness complied.)
16      Q   You see there's a place where it says
17  other options to lower your premium may be
18  available to you.  Our customer service
19  representatives will be happy to review all
20  available options with you at your convenience.
21  And then it's got a place to please change my
22  option to blank.  Was there any consideration to
23  changing the plan to lower the premiums that

1  him and stress him any further.
2      Q    Now, when these increases occurred, did
3  your husband, Troy, continue to pay the premiums
4  for Gene?
5      A    Yes.
6      Q    Okay.  So even the increases were not
7  passed on to Gene to pay?
8          MR. COUCH:  Object to the form.
9      Q    You -- you never got to a point where
10 Gene said -- where your husband said, okay,
11 Gene, I'm going to pay -- I'll go to five --
12 I'll go to 400 a month, but I'm not going above
13 400 a month; if it increases above 400, you're
14 going to have to pay the balance?
15     A    No.  Just Gene just never received any
16 increase in pay from -- over the 13 years, he
17 has increased his pay by a hundred and fifty
18 dollars a week, I think, but he never received
19 any further pay increases.
20     Q    So he was basically getting the -- the
21 premium increases in lieu of -- of a raise?
22     A    Correct.  Basically, yes.  We couldn't
23 really afford to increase it any more.