IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TROY E. TILLERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 3:05-cv-985-MEF |
| | * | |
| THE MEGA LIFE AND HEALTH INSURANCE CORPORATION, a corporation; TRANSAMERICA LIFE INSURANCE COMPANY F/K/A PFL LIFE INSURANCE COMPANY, a corporation; NATIONAL ASSOCIATION FOR THE SELF EMPLOYED A/K/A NASE, a corporation, | * * * * * * * | |
| | * | |
| Defendants. | * | |

## NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, defendant National Association for the Self-Employed, Inc. ("NASE"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, moves the Court to enter a judgment as a matter of law in favor of the NASE. In support of this motion, the NASE says as follows:

1. There is no genuine issue as to any material fact; and

2. NASE is entitled to a judgment in its favor as a matter of law.

NASE has submitted a brief and documents attached thereto in support of this motion and expressly adopts and incorporates the facts, arguments and exhibits to the brief as if set forth fully herein.

WHEREFORE, premises considered, the NASE respectfully requests this Court enter an Order granting summary judgment in favor of the NASE on all of Plaintiff's claims. NASE also requests such other and further relief to which it is justly entitled.

        *s/Pamela A. Moore*_____
        JAMES W. LAMPKIN II (LAMPJ7474)
        PAMELA A. MOORE (MOORP5421)
        Attorneys for Defendant
        National Association for the Self-Employed, Inc.

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

    Steven W. Couch, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1500
    Birmingham, Alabama 35203

        *s/Pamela A. Moore*_____
        COUNSEL