```
00001
01     IN THE UNITED STATES DISTRICT COURT
02      FOR THE MIDDLE DISTRICT OF ALABAMA
03           EASTERN DIVISION
04  CASE NO. 3:05-cv-985-MEF
05
06  TROY E. TILLERSON,
07        Plaintiff,
08           V.
09  THE MEGA LIFE AND HEALTH INSURANCE CORPORATION,
10  a corporation; TRANSAMERICA LIFE INSURANCE
11  COMPANY, F/K/A PFL LIFE INSURANCE COMPANY, a
12  corporation; NATIONAL ASSOCIATION FOR THE SELF
13  EMPLOYED A/K/A NASE, a corporation,
14        Defendants.
15
16          S T I P U L A T I O N S
17      IT IS STIPULATED AND AGREED by and between
18  the parties, through their respective counsel,
19  that the deposition of TROY E. TILLERSON may be
20  taken before STACEY L. JOHNSON, Commissioner, at
21  the Offices of Hollis & Wright, P.C., 505 North
22  20th Street, Suite 1750, Birmingham, Alabama, on
23  the 24th day of April, 2006.
```

```
00046
01     (Whereupon, a brief recess was had in
02  the proceeding.)
03              EXAMINATION
04  BY MR. LAMPKIN:
05  Q   Mr. Tillerson, can you tell me -- you did
06  file claims on your insurance policy; correct?
07     A   Yes, sir.
08     Q   Okay.  And you did have claims that
09  were paid; right?
10     A   Yes, sir.
11     Q   The payment of any of those claims is
12  not at issue in this lawsuit, is it?
13     A   No, sir.
14     Q   Okay.  I just wanted to verify that.
15         I believe you purchased -- your policy
16  went into effect -- I know it went into effect
17  in July of 1996.  When was the first time you
18  received notification that your rates would
19  increase?
20     A   I don't remember.
21     Q   I'm going to show you what we're going
22  to mark as Exhibit 3 to your deposition.
23
```