# BIRMINGHAM REPORTING SERVICE

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TROY E. TILLERSON,                )
                                  )
PLAINTIFF,                        )
                                  )
                                  )
vs.                               ) CIVIL
                                  ) ACTION
                                  ) NO.
THE MEGA LIFE AND HEATH           ) 3:05CV985-B
INSURANCE CORPORATION,            )
                                  )
DEFENDANTS.                       )


DEPOSITION OF SUSAN JOHNSON


The deposition of SUSAN JOHNSON was taken before Anna Tolleson, CSR, as Commissioner, on July 17, 2007, by the plaintiff, commencing at 9:00 a.m., in the office of the, in Dallas, Texas, pursuant to the stipulations set forth herein.



**BIRMINGHAM REPORTING SERVICE**

Page 5

```
1    A     Yes.
2    Q     So is it Health Markets, Inc.?
3    A     Yes.
4    Q     How long have you worked for Health
5    Markets, Inc.?
6    A     Since October 1997.
7    Q     And what's your job title with
8    them?
9    A     Senior Director, Compliance
10   Oversight.
11   Q     Where are you from, Ms. Johnson?
12   A     Where am I from?
13   Q     Yes, ma'am.  Where did you grow up?
14   A     I was born in Des Moines, Iowa.  I
15   lived in Texas since I was six.
16   Q     Where did you go to college?
17   A     University of Texas in Arlington.
18   Q     What year did you graduate?
19   A     1998.
20   Q     Bachelor's?
21   A     I have a Bachelor's degree,
22   business accounting.
23   Q     Have you ever been to Alabama?
```

# BIRMINGHAM REPORTING SERVICE

Page 106

1  HIPAA, that we can't -- we can only cancel
2  a member's insurance coverage for certain
3  reasons: For nonpayment of premium, fraud,
4  if we withdraw from the states. So reasons
5  for termination would be very limited.
6     Q    Is that the -- as far as the
7  reasons for terminations, the ones you just
8  recounted for me, are those the reasons for
9  terminations that are adopted in the
10 products that are sold by Mega in the state
11 of Alabama now?
12    A    Yes.
13    Q    Has that always been the case?
14    A    It's been the case since HIPAA was
15 enacted.
16    Q    What was that --
17    A    It was operative in '97, July of
18 '97.
19    Q    Are you familiar with HIPAA in your
20 capacity as compliance director?
21    A    Yes.
22    Q    Are you familiar with ERISA in your
23 capacity as compliance director?

**BIRMINGHAM REPORTING SERVICE**

Page 107

1  A    To an extent.
2  Q    To what extent?
3  A    I've got some knowledge.  I'm not
4  an expert on ERISA.
5  Q    What does -- I know it's a broad
6  statute but what does your knowledge
7  encompass?
8  A    Mainly, I guess, certain
9  requirements apply to employer based
10 coverages.
11 Q    Like what?
12 A    Under HIPAA there's certain -- to
13 an extent related to small employer
14 requirements, certain waiting periods you
15 can have.  I really have limited knowledge
16 of ERISA itself.
17 Q    Other than the requirements or some
18 of the requirements that apply to
19 employer-based products, for example,
20 waiting periods, does your knowledge of
21 ERISA extend beyond that?
22 A    You know, I know just little bits
23 and pieces of things.  I don't know a whole

# BIRMINGHAM REPORTING SERVICE

Page 108

1   lot about ERISA.
2       Q   Who in the compliance department --
3   and I know there's separate sections in the
4   compliance department. Who deals with
5   ERISA most, in your opinion?
6       A   The person who would deal with that
7   the most would actually be in our legal
8   department.
9       Q   Okay. Do you know the name of the
10  person?
11      A   Jim Young.
12      Q   Is he an attorney?
13      A   Yes.
14      Q   Do you know if Mega sells
15  employer-based products?
16      A   In the state of Alabama?
17      Q   Yes, ma'am.
18      A   I believe that we -- I believe Mega
19  is a small employer carrier in the state of
20  Alabama. I think we have very limited
21  plans. I don't know that we sell a whole
22  lot of small employer coverage.
23      Q   Is Mr. Tillerson's coverage a small

# BIRMINGHAM REPORTING SERVICE

Page 109

1  employer product?

2  A   No.

3  Q   Have you had a chance to look over
4  his certificate before you came here today?

5  A   I'm generally familiar with his
6  certificate form.  I haven't looked at the
7  specific certificate.

8  Q   In your opinion, is this an ERISA
9  type plan?

10      MR. LAMPKIN:  Object to the form
11 of the question.  You're asking the witness
12 to draw a legal conclusion.  You can answer
13 if you can.  And she's not designated to
14 talk about that area.

15 A   Mr. Tillerson -- to the best of my
16 knowledge, his coverage would have been
17 issued as a member -- an individual member
18 of the association.  So he would not be
19 subject to ERISA.

20      MR. COUCH:  What's the next one,
21 James?

22      MR. LAMPKIN:  16, 17, and then
23 after that there was one further on over