# BIRMINGHAM REPORTING SERVICE

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TROY E. TILLERSON,            )
                              )
PLAINTIFF,                    )
                              )
                              ) CIVIL
vs.                           ) ACTION
                              ) NO.
                              ) 3:05CV985-B
THE MEGA LIFE AND HEALTH      )
INSURANCE CORPORATION, et     )
al.,                          )
                              )
DEFENDANTS.


DEPOSITION OF LINTON CHECKA


The deposition of LINTON CHECKA was taken before Anna Tolleson, CSR, as Commissioner, on July 17, 2007, by the plaintiff, commencing at 1:00 p.m., in the office of Well, Gotshal & Manges, 200 Crescent Court, Suite 300, Dallas, Texas 75201 pursuant to the stipulations set forth herein.

BIRMINGHAM REPORTING SERVICE

Page 39

1  are reviewed correctly, people are
2  following the guide book, and that the
3  business gets processed in a timely manner.
4      Q    Okay.  What did you bring there?
5      A    An underwriting guide book and the
6  application.
7      Q    You looked at that before you
8  walked in the here today?
9      A    Today I didn't look at it.  I
10 looked at it the other day when I had it
11 printed off.
12     Q    Can I look at it?  Do you mind?
13 While I'm flipping through this, have you
14 had any experience or know anything about
15 ERISA?
16     A    I know the general term.  I don't
17 know anything about it.
18     Q    Okay.  Have you ever worked with
19 ERISA type policies?
20     A    No.
21     Q    When a certificate holder changes
22 if they do a PPO, is that an occasion for a
23 reunderwriting or new underwriting?