IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:05-cv-985-MEF |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Comes now the undersigned counsel, Christopher D. Glover and files this Motion to Withdraw as counsel for Plaintiff and as grounds therefore, states as follows:

1. On or about January 22, 2007, Christopher D. Glover, left the law firm of Hollis & Wright, P.C. The above styled file remains at Hollis & Wright, P.C. for further handling by Steven Couch.

WHEREFORE, premises considered, Christopher D. Glover, moves this Honorable Court for an order allowing him to withdraw from representation of the Plaintiff in this case.

s/Christopher D. Glover
Christopher D. Glover (GLO007)

**OF COUNSEL:**
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 21st day of August, 2007, I have electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send notification of such filing to the following:

James Wayne Lampkin, II
Pamela Ann Moore
Alford Clausen & McDonald LLC
One St. Louis Center
Suite 5000
Mobile, AL 36602-3929

                                                s/Christopher D. Glover_____
                                                OF COUNSEL