IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-985-MEF |
| ) | |
| THE NEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Christopher D. Glover's Motion to Withdraw as Counsel for Plaintiff (Doc. #75) filed on August 21, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 22nd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE