IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY E. TILLERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:05-cv-985-MEF |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE CORPORATION, a corporation; ) | |
| TRANSAMERICA LIFE INSURANCE ) | |
| COMPANY F/K/A PFL LIFE INSURANCE ) | |
| COMPANY, a corporation; NATIONAL ) | |
| ASSOCIATION FOR THE SELF EMPLOYED ) | |
| A/K/A NASE, a corporation; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE CONCERNING SETTLEMENT CONFERENCE**

COMES NOW, the Plaintiff, Troy E. Tillerson, by and through counsel, and pursuant to this Court's Order of September 5, 2007, submits this Notice Concerning Settlement Conference.

**NOTICE**

Counsel for the parties to this matter scheduled a face-to-face settlement conference to take place on August 27, 2007 in Birmingham, Alabama. On August 19, 2007, Plaintiff submitted his responsive briefs in opposition to the Defendants' motions for summary judgment wherein Plaintiff conceded his substantive claims on certain grounds only. (Documents #73 and # 74) Thereafter, counsel for the parties conducted a teleconference wherein it was agreed that, given the concessions made by Plaintiff in his briefs to the Court, the pending settlement conference was moot and was thus cancelled.

RESPECTFULLY SUBMITTED this the 12th day of September, 2007.

                s/Steve W. Couch
                Stevec@hollis-wright.com
                Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

 I hereby certify that on September 12, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification to such filing to the following:

James W. Lampkin, II
Pamela A. Moore
Alford, Clausen & McDonald, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

                s/Steve W. Couch
                SteveC@hollis-wright.com
                Attorney for Plaintiff