IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TROY TILLERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-985-MEF |
| | ) |
| THE MEGA LIFE AND HEALTH | ) (WO-Not Recommended for Publication) |
| INSURANCE CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendants The MEGA Life and Health Insurance Corporation and the National Association for the Self-Employed and against Plaintiff Troy Tillerson, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of Defendants The MEGA Life and Health Insurance Corporation and the National Association for the Self-Employed and against Plaintiff Troy Tillerson for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 3rd day of October, 2007.

                                            /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE